1  Jeffrey M. Tillotson, P.C. (CA SBN 139372)
   Tillotson@lynnllp.com
2  LYNN TILLOTSON PINKER & COX, L.L.P.
   2100 Ross Avenue, Suite 2700
3  Dallas, Texas  75201
   (214) 981-3800 - Telephone
4  (214) 981-3839 - Telecopier

5
   ATTORNEYS FOR DEFENDANT
6  SAMSUNG TELECOMMUNICATIONS AMERICA L.L.C.,

7
                  UNITED STATES DISTRICT COURT
8
                  CENTRAL DISTRICT OF CALIFORNIA
9

10 | SHANE GALITSKI, RICHARD          | CASE NO. 8:CV-12-00903-CJC (JRPx)
   | TALIAFERRO and BRIAN             |
11 | NEWBOLD, individually and on behalf | **STIPULATION TO EXTEND TIME**
   | of all others similarly situated, | **TO RESPOND TO INITIAL**
12 |                                  | **COMPLAINT BY NOT MORE THAN**
   |        Plaintiffs,               | **30 DAYS (L.R. 8-3)**
13 |                                  |
   | v.                               | Complaint Served:  June 12, 2012
14 |                                  | Current Response Date:  July 3, 2012
   | SAMSUNG                          | New Response Date:  July 24, 2012
15 | TELECOMMUNICATIONS,              |
   | AMERICA, LLC, a New York         |
16 | corporation,                     |
17 |                                  |
   |        Defendant.                |
18

19

20         Pursuant to Local Rule 8-3, Plaintiffs Shane Galitski, Richard Taliaferro and Brian

21 Newbold, individually and on behalf of all others similarly situated (collectively

22 "Plaintiffs") and Defendant Samsung Telecommunications America, L.L.C.

23 ("Defendant"), by and through their attorneys of record, hereby agree and stipulate that

24

25 Defendant shall have up to, and including, July 24, 2012, to respond to Plaintiffs' initial

26 Class Action Complaint for Damages and Equitable Relief in the above-captioned case.

27

28

1    This is the first stipulation extending Defendant's time to respond, and does not

2

extend Defendant's time to respond by more than thirty (30) days.

3

4    IT IS SO STIPULATED.

5    DATE:      July 2, 2012              Respectfully submitted,

6

7                                         LYNN TILLOTSON PINKER & COX, L.L.P.
                                          2100 Ross Avenue, Suite 2700
8                                         Dallas, Texas 75201
                                          (214) 981-3800 - Telephone
9                                         (214) 981-3839 - Facsimile

10

11                                        By:   /s/ Jeffrey M. Tillotson, P.C.
                                               Jeffrey M. Tillotson, P.C. (CA SBN 139372)
12                                             jtillotson@lynnllp.com

13                                        ATTORNEYS FOR DEFENDANT
                                          SAMSUNG TELECOMMUNICATIONS AMERICA
14                                        L.L.C.

15

16    Dated:  July 2, 2012               DOYLE LOWTHER, LLP
                                          1801 Century Park East, 24th Floor
17                                        Los Angeles, CA  90067
                                          213.867.1777 – Telephone
18                                        213.867.9922 – Telecopier

19

20                                        By:   /s/ James R. Hail
                                               William J. Doyle, II (CA SBN 188069)
21                                             bill@doylelowther.com
                                               Katherine S. Didonato (SBN 272704)
22                                             kate@doylelowther.com

23

24                                        DOYLE LOWTHER, LLP
                                          John A. Lowther (SBN 207000)
25                                        john@doylelowther.com
                                          James R. Hail (SBN 202439)
26                                        jim@doylelowther.com
                                          10200 Willow Creek Road, Suite 150
27                                        San Diego, CA  92131

28

858.935.9960 – Telephone
858.939.1939 – Telecopier

GLYNN LAW GROUP
Thomas E. Glynn
tom@glynnwgroup.com
10200 Willow Creek Road, Suite 170
San Diego, CA  92131
858.271.1100 – Telephone
858.876.1530 – Facsimile

THE CONSUMER LAW GROUP
Alan M. Mansfield
alan@clgca.com
10200 Willow Creek Road, Suite 160
San Diego, CA  92131
619.308.5034 – Telephone
888.341-5048 – Telecopier

STANLEY-IOLA, LLP
Marc R. Stanley
marcstanley@mac.com
Martin Woodward
Scott Kitner
310 Monticello Avenue, Suite 750
Dallas, Texas  75205
214.443.4300 – Telephone
214.443.0358 - Telecopier

**ATTORNEYS FOR PLAINTIFFS
AND THE PROPOSED CLASS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on **July 3, 2012**.

**VIA ECF**
William J. Doyle
bill@doylelowther.com
Katherine S. Didonato
kate@doylelowther.com
DOYLE LOWTHER, LLP
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
213.867.1777 – Telephone
213.867.9922 – Telecopier

**VIA ECF**
John A. Lowther (SBN 207000)
john@doylelowther.com
James R. Hail (SBN 202439)
jim@doylelowther.com
DOYLE LOWTHER, LLP
10200 Willow Creek Road
Suite 150
San Diego, CA  92131
858.935.9960 – Telephone
858.939.1939 – Telecopier

**VIA ECF**
Thomas E. Glynn
tom@glynnlawgroup.com
GLYNN LAW GROUP
10200 Willow Creek Road,
Suite 170
San Diego, CA  92131
858.271.1100 – Telephone
858.876.1530 – Facsimile

**VIA ECF**
Alan M. Mansfield
alan@clgca.com
THE CONSUMER LAW GROUP
10200 Willow Creek Road,
Suite 160
San Diego, CA  92131
619.308.5034 – Telephone
888.341-5048 – Telecopier

**VIA ECF**
Marc R. Stanley
marcstanley@mac.com
Martin Woodward
Scott Kitner
STANLEY-IOLA, LLP
310 Monticello Avenue, Suite 750
Dallas, Texas  75205
214.443.4300 – Telephone
214.443.0358 – Telecopier

s/ *Jeff Tillotson*
Jeff Tillotson

1    4823-0748-3920, v. 2

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28