Jeffrey M. Tillotson, P.C. (CA SBN 139372)
jtillotson@lynnllp.com
John Volney (admitted Pro Hac Vice)
jvolney@lynnllp.com
Alan Dabdoub (admitted Pro Hac Vice)
adabdoub@lynnllp.com
Gail Hayworth (admitted Pro Hac Vice)
ghayworth@lynnllp.com
LYNN TILLOTSON PINKER & COX, L.L.P.
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
(214) 981-3800 - Telephone
(214) 981-3839 - Telecopier

Ekwan E. Rhow (CA SBN 174604)
eer@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA  90067-2561
310.201.2100 – telephone
310.201.2110 – Facsimile

ATTORNEYS FOR DEFENDANT
SAMSUNG TELECOMMUNICATIONS AMERICA L.L.C.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC, a New York corporation,<br><br>Defendant. | CASE NO.<br>8:CV-12-00903-CJC (JRPx)<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint Served:  June 12, 2012**<br>**Current Response Date:  July 24, 2012**<br>**New Response Date:  August 2, 2012** |

Pursuant to Local Rule 8-3, Plaintiffs Shane Galitski, Richard Taliaferro and Brian Newbold, individually and on behalf of all others similarly situated (collectively

"Plaintiffs") and Defendant Samsung Telecommunications America, L.L.C. ("Defendant"), by and through their attorneys of record, hereby agree and stipulate that Defendant shall have up to, and including, August 2, 2012, to respond to Plaintiffs' initial Class Action Complaint for Damages and Equitable Relief in the above-captioned case.

This is the second stipulation extending Defendant's time to respond, and does not extend Defendant's time to respond by more than thirty (30) days.

IT IS SO STIPULATED.

DATE:   July 23, 2012            Respectfully submitted,

**LYNN TILLOTSON PINKER & COX, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 - Telephone
(214) 981-3839 - Facsimile

By: /s/ Alan Dabdoub
    Jeffrey M. Tillotson, P.C. (CA SBN 139372)
    jtillotson@lynnllp.com
    John Volney (admitted Pro Hac Vice)
    jvolney@lynnllp.com
    Alan Dabdoub (admitted Pro Hac Vice)
    adabdoub@lynnllp.com
    Gail Hayworth (admitted Pro Hac Vice)
    ghayworth@lynnllp.com

**ATTORNEYS FOR DEFENDANT**
**SAMSUNG TELECOMMUNICATIONS AMERICA L.L.C.**

Dated:  July 23, 2012

DOYLE LOWTHER, LLP
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
213.867.1777 – Telephone
213.867.9922 – Telecopier

By:   /s/ James R. Hail
William J. Doyle, II (CA SBN 188069)
bill@doylelowther.com
Katherine S. Didonato (SBN 272704)
kate@doylelowther.com

DOYLE LOWTHER, LLP
John A. Lowther (SBN 207000)
john@doylelowther.com
James R. Hail (SBN 202439)
jim@doylelowther.com
10200 Willow Creek Road, Suite 150
San Diego, CA  92131
858.935.9960 – Telephone
858.939.1939 – Telecopier

GLYNN LAW GROUP
Thomas E. Glynn
tom@glynnwgroup.com
10200 Willow Creek Road, Suite 170
San Diego, CA  92131
858.271.1100 – Telephone
858.876.1530 – Facsimile

THE CONSUMER LAW GROUP
Alan M. Mansfield
alan@clgca.com
10200 Willow Creek Road, Suite 160
San Diego, CA  92131
619.308.5034 – Telephone
888.341-5048 – Telecopier

STANLEY-IOLA, LLP
Marc R. Stanley
marcstanley@mac.com
Martin Woodward
Scott Kitner
310 Monticello Avenue, Suite 750
Dallas, Texas  75205
214.443.4300 – Telephone
214.443.0358 - Telecopier

**ATTORNEYS FOR PLAINTIFFS
AND THE PROPOSED CLASS**

**Page 4
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on **July 23, 2012**.

**VIA ECF**
William J. Doyle
bill@doylelowther.com
Katherine S. Didonato
kate@doylelowther.com
DOYLE LOWTHER, LLP
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
213.867.1777 – Telephone
213.867.9922 – Telecopier

**VIA ECF**
John A. Lowther (SBN 207000)
john@doylelowther.com
James R. Hail (SBN 202439)
jim@doylelowther.com
DOYLE LOWTHER, LLP
10200 Willow Creek Road Suite 150
San Diego, CA  92131
858.935.9960 – Telephone
858.939.1939 – Telecopier

**VIA ECF**
Thomas E. Glynn
tom@glynnlawgroup.com
GLYNN LAW GROUP
10200 Willow Creek Road, Suite 170
San Diego, CA  92131
858.271.1100 – Telephone
858.876.1530 – Facsimile

**VIA ECF**
Alan M. Mansfield
alan@clgca.com
THE CONSUMER LAW GROUP
10200 Willow Creek Road, Suite 160
San Diego, CA  92131
619.308.5034 – Telephone
888.341-5048 – Telecopier

**VIA ECF**
Marc R. Stanley
marcstanley@mac.com
Martin Woodward
Scott Kitner
STANLEY-IOLA, LLP
310 Monticello Avenue, Suite 750
Dallas, Texas  75205
214.443.4300 – Telephone
214.443.0358 – Telecopier

/s/ *Alan Dabdoub*
Alan Dabdoub

4831-5540-2256, v.  2