| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Ekwan E. Rhow (CA SBN 174604) eer@birdmarella.com<br>David I. Hurwitz (CA SBN 174632) dih@birdmarella.com<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561<br>310.201.2100 – Telephone | |
| ATTORNEYS FOR: Samsung Telecommunications America, LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　　Plaintiff(s),<br>　　　v.<br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>　　　　　　　　　　　Defendant(s) | CASE NUMBER:<br>8:CV-12-00903-CJC (JRPx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendant Samsung Telecommunications America, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**　　　　　　　　　　　　　　　　　　　　　　　　**CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Shane Galitski | Plaintiff |
| Richard Taliaferro | Plaintiff |
| Brian Newbold | Plaintiff |
| Samsung Telecommunications America, LLC | Defendant |
| Samsung Electronics America, Inc. | Wholly owns Samsung Telecommunications America, LLC |
| Samsung Electronics Co., Ltd. | Wholly owns Samsung Electronics America, Inc. |

August 1, 2012
Date

Sign

David Hurwitz
Attorney of record for or party appearing in pro per