Jeffrey M. Tillotson, P.C. - State Bar No. 139372
  jtillotson@lynnllp.com
Alan Dabdoub
  adabdoub@lynnllp.com
John Volney
  jvolney@lynnllp.com
Gail A. Hayworth
  ghayworth@lynnllp.com
LYNN TILLOTSON PINKER & COX, L.L.P.
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile:  (214) 981-3839

Ekwan E. Rhow - State Bar No. 174604
  eer@birdmarella.com
David I. Hurwitz - State Bar No. 174632
  dih@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
  NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Defendant Samsung
Telecommunications America, LLC, a
Delaware limited liability company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 8:12-CV-00903-CJC (JRPx)<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTIONS TO TRANSFER, COMPEL ARBITRATION AND DISMISS FROM OCTOBER 15, 2012 TO NOVEMBER 26, 2012**<br><br>Assigned to Hon. Cormac J. Carney |

2905115.1

**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTIONS**

1  Plaintiffs Shane Galitski, Richard Taliaferro and Brian Newbold, individually
2  and on behalf of all others similarly situated (collectively "Plaintiffs") and
3  Defendant Samsung Telecommunications America, LLC ("Defendant"), by and
4  through their attorneys of record, hereby agree and stipulate as follows:
5  WHEREAS, Plaintiffs filed their Complaint on June 29, 2012;
6  WHEREAS, on August 2, 2012, Defendant filed three separate motions to:
7  (1) transfer, (2) compel arbitration and (3) dismiss, and noticed those motions for
8  hearing on October 15, 2012;
9  WHEREAS, Defendant's counsel Jeffrey Tillotson, who would argue the
10 motions, has a conflict that would prevent him from arguing the motions in this
11 Court on October 15, 2012;
12 WHEREAS, Plaintiffs have no objection to moving the hearing date to
13 accommodate Defendant's counsel's schedule;
14 WHEREAS, the next available court date that both parties' counsel are
15 available is November 26, 2012;
16 THEREFORE, the parties hereby stipulate that the hearing on Defendants'
17 motions to transfer, compel arbitration and dismiss be continued from October 15,
18 2012 to November 26, 2012 at 1:30 p.m., and Defendant will file its replies in
19 support of its motions and responses to Plaintiffs' Evidentiary Objections on or
20 before October 8, 2012.

22 DATED:  September 28, 2012         John A. Lowther
                                     James R. Hail
23                                   DOYLE LOWTHER, LLP

26                            By:    /s/ James R. Hail
                                     James R. Hail
                                     Attorneys for Plaintiffs Shane Galitski,
27                                   Richard Taliaferro and Brian Newbold

2905115.1                            2
**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTIONS**

| | | |
|---|---|---|
| 1 | DATED:  September 28, 2012 | Ekwan E. Rhow |
| 2 | | David Hurwitz |
| | | BIRD, MARELLA, BOXER, WOLPERT, NESSIM. DROOKS & LINCENBERG. P.C. |
| 3 | | |
| 4 | | |
| 5 | | By:   /s/ David Hurwitz |
| | | David Hurwitz |
| 6 | | Attorneys for Defendant Samsung Telecommunications America. LLC |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2905115.1

3

**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTIONS**