# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:12-CV-4782-D |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § | |
| Defendant. | § | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

The undersigned Plaintiffs' co-counsel hereby notifies the Court and all the parties of a change of firm name and address and requests that the Court and counsel amend their records to reflect such change.  Counsel respectfully requests that all orders, notices, pleadings, letters and any and all other communications hereafter be provided as follows:

Marc R. Stanley
Martin Woodward
Scott A. Kitner
**STANLEY LAW GROUP**
3100 Monticello Avenue, Suite 770
Dallas, Texas 75205
214-443-4300 (Telephone)
214-443-0358 (Fax)
marcstanley@mac.com
mwoodward@stanleylawgroup.com
skitner@stanleylawgroup.com

The firm affiliation, address and other contact information remains the same for all other Plaintiffs' counsel.

        Respectfully submitted,

        */s/ Marc R. Stanley*
        Marc R. Stanley
        marcstanley@mac.com
        Martin Woodward
        mwoodward@stanleylawgroup.com
        Scott A. Kitner
        skitner@stanleylawgroup.com

        **STANLEY LAW GROUP**
        3100 Monticello Avenue, Suite 770
        Dallas, Texas  75205
        214-443-4300
        214-443-0358 (Fax)

        *Plaintiffs' Co-Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2014, the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

        */s/ Marc R. Stanley*