IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:12-CV-4782-D |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § | |
| Defendant. | § § | |

**Plaintiffs' Motion to Compel Defendant Samsung Telecommunications America, LLC to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition**

TO THE COURT:

Plaintiffs Shane Galitski, Richard Taliaferro and Brian Newbold move the Court to compel Defendant Samsung Telecommunications America, LLC to produce a witness knowledgeable about the design of each model of the Samsung Galaxy S phone. Plaintiffs are entitled to the requested order for the reasons discussed in plaintiffs' brief in support of this motion to compel, filed concurrently with this motion.

A proposed order will be submitted separately.

Date:  April 9, 2014

Respectfully submitted,

DOYLE LOWTHER LLP

  /s/ James R. Hail
James R. Hail (TX SBN 24002207)
jim@doylelowther.com
William J. Doyle, II (CA SBN 188069)

1

bill@doylelowther.com
John A. Lowther (CA SBN 207000)
john@doylelowther.com

10200 Willow Creek Road, Suite 150
San Diego, CA 92131
858.935.9960 – Telephone
858.939.1939 – Facsimile

GLYNN LAW GROUP
Thomas E. Glynn
tom@glynnwgroup.com
10200 Willow Creek Road, Suite 170
San Diego, CA 92131
858.271.1100 – Telephone
858.876.1530 – Facsimile

THE CONSUMER LAW GROUP
Alan M. Mansfield
alan@clgca.com
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
619.308.5034 – Telephone
888.341-5048 – Facsimile

STANLEY LAW GROUP
Marc R. Stanley
marcstanley@mac.com
Martin Woodward
mwoodward@stanleylawgroup.com
Scott Kitner
skitner@stanleylawgroup.com
3100 Monticello Avenue, Suite 770
Dallas, TX 75205
214.443.4300 – Telephone
214.443.0358 - Facsimile

*counsel for plaintiffs and proposed class*

**CERTIFICATE OF CONFERENCE**

On March 14, 2014, counsel for plaintiffs, Jennifer L. MacPherson, met and conferred with counsel for defendant Samsung, Alan Dabdoub, regarding the subject of Topic 12 in plaintiffs' Rule 30(b)(6) deposition notice. The parties were unable to reach agreement on a resolution of the scope of Topic 12. Counsel for Samsung suggested plaintiffs' counsel narrow Topic 12 and include it in an amended deposition notice for consideration by Samsung. This was done, but Samsung reiterated the same objections to revised Topic 12.

Certified this 9th day of April, 2014.

                                                */s/ James R. Hail*
                                                  James R. Hail

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on April 9, 2014:

                                                */s/ James R. Hail*
                                                  James R. Hail