**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:12-CV-4782-D |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § | |
| Defendant. | § § | |

**ORDER GRANTING UNOPPOSED**
**MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs' Brief in Support of Motion to Compel Defendant Samsung Telecommunications America, LLC to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition ("Brief"), as well as portions of the Appendix filed in support, contain information that is purported to be Confidential Information derived from discovery conducted in this case. Such information can be filed with the Court only under seal, as set forth in the Protective Order signed on April 23, 2013 [ECF No. 71]. Plaintiffs are hereby directed to file the Brief and portions of the Appendix "UNDER SEAL," pursuant to the Protective Order.

SO ORDERED this 10th day of April, 2014.

_____
SIDNEY A. FITZWATER, CHIEF JUDGE