**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:12-CV-4782-D |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § | |
| Defendant. | § § § | |

_____

**Order Granting Unopposed Motion To Modify Deadlines**
_____

Pursuant to Federal Rule of Civil Procedure 6(b) and unopposed request from Plaintiffs, the current class certification schedule shall be modified and the following deadlines shall be entered:

- Plaintiffs must designate class certification expert witnesses no later than **June 18, 2014**.

- Class certification rebuttal expert witnesses must be designated no later than **July 18, 2014**.

- Parties must complete fact discovery regarding class certification no later than **June 18, 2014**.

- Plaintiffs must file their class certification brief no later than **July 11, 2014**.

1

- Defendant must file its class certification response brief no later than **August 8, 2014**.

- Class certification expert discovery shall be completed by **August 22, 2014**.

- Plaintiffs must file their class certification reply brief no later than **September 5, 2014**.

Accordingly, the Court hereby grants the Unopposed Motion and modifies the current class certification schedule in accordance with this Order.

IT IS SO ORDERED.

Date:  May 1, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

Agreed and Approved as to Substance and Form:

DOYLE LOWTHER LLP

__/s/ James R. Hail_____
James R. Hail (TX SBN 24002207)
jim@doylelowther.com
William J. Doyle, II (CA SBN 188069)
bill@doylelowther.com
John A. Lowther (CA SBN 207000)
john@doylelowther.com
Samantha A. Smith (CA SBN 233331)
samantha@doylelowther.com
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
(858) 935-9960 phone
(858) 939-1939 fax

GLYNN LAW GROUP
Thomas E. Glynn
tom@glynnwgroup.com
10200 Willow Creek Road, Suite 170

San Diego, CA 92131
(858) 271-1100 phone
(858) 876-1530 fax

THE CONSUMER LAW GROUP
Alan M. Mansfield
alan@clgca.com
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
(619) 308-5034 phone
(888) 341-5048 fax

STANLEY-IOLA, LLP
Marc R. Stanley
marcstanley@mac.com
Martin Woodward
Scott Kitner
310 Monticello Avenue, Suite 750
Dallas, TX 75205
(214) 443-4300 phone
(214) 443-0358 fax

*counsel for plaintiffs and proposed class*