IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> Defendant. | § § § § § § § § § § § § § § | CIVIL ACTION NO. <br><br> 3:12-CV-4782-D |

**DEFENDANT'S THIRD UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**
_____

TO THE COURT:

Defendant Samsung Telecommunications America, LLC ("STA") files its Third Unopposed Motion to Extend the Deadline to Respond to Plaintiffs' Motion to Compel STA to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition [Docket No. 108], and in support thereof, STA respectfully shows the Court as follows:

1.   On April 9, 2014, Plaintiffs filed Plaintiffs' Motion to Compel STA to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition.

2.   STA's original deadline to respond was April 30, 2014.  STA previously filed two motions to request that the Court extend its deadline to respond through May 14, 2014.

3.   STA now requests an additional seven days to file its response, until May 21, 2014.

**DEFENDANT'S THIRD UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**                                                                       Page 1
02383.101/4835-3681-2059

4. As indicated in the Certificate of Conference below, Plaintiffs do not oppose the relief requested by this motion.

5. This extension is sought for good cause. Counsel for Defendant STA is still in the process of attempting to resolve the issues presented by Plaintiffs' motion to compel and believes that additional time will likely facilitate resolution of the issues presented by Plaintiffs' motion without the necessity of court intervention. Since the last requested extension, the parties have made significant progress identifying the specific information sought by Plaintiffs; and STA believes that the parties will reach resolution within the additional time requested.

6. Accordingly, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), STA respectfully requests that this Court extend the deadline for STA to file its response to Plaintiffs' Motion to Compel STA to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition until May 21, 2014.

Date: May 14, 2014

Respectfully submitted,

*/s/ John Volney*
Jeffrey M. Tillotson, P.C. (jtillotson@lynnllp.com)
Texas State Bar No. 20039200
Alan Dabdoub (adabdoub@lynnllp.com)
Texas State Bar No. 24056836
John Volney (jvolney@lynnllp.com)
Texas State Bar No. 24003118
**LYNN TILLOTSON PINKER & COX, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

**ATTORNEYS FOR DEFENDANT SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Plaintiffs' counsel regarding the matters at issue in this motion. During that conference, counsel indicated that Plaintiffs are not opposed to the relief sought herein.

Certified to on May 14, 2014, by

*/s/Alan Dabdoub*
Alan Dabdoub

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on May 14, 2014.

*/s/ John Volney*
John Volney

---

**DEFENDANT'S THIRD UNOPPOSED MOTION TO EXTEND TIME**
**TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**  **Page 3**
02383.101/4835-3681-2059