IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendant. | § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>3:12-CV-4782-D |

## ORDER GRANTING DEFENDANT'S THIRD UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL

The Court, having reviewed Defendant Samsung Telecommunications America, LLC's Third Unopposed Motion to Extend the Deadline to Respond to Plaintiffs' Motion to Compel STA to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition, and for good cause shown, hereby GRANTS the motion (Doc. 122). Defendant's First and Second Unopposed Motion to Extend the Deadline to Respond to Plaintiffs' Motion to Compel (Doc. 117 and 120) are DENIED as moot.

IT IS HEREBY ORDERED THAT Defendant Samsung Telecommunications America, LLC, shall have until Wednesday, May 21, 2014, to respond to Plaintiffs' Motion to Compel STA to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition.

SO ORDERED, May 15, 2014.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE