IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> Defendant. | § § § § § § § § § § § § § § | CIVIL ACTION NO. <br><br> 3:12-CV-4782-D |

**DEFENDANT'S FIFTH UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**
___

TO THE COURT:

Defendant Samsung Telecommunications America, LLC ("STA") files its Fifth Unopposed Motion to Extend the Deadline to Respond to Plaintiffs' Motion to Compel STA to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition [Docket No. 108], and in support thereof, STA respectfully shows the Court as follows:

1. On April 9, 2014, Plaintiffs filed Plaintiffs' Motion to Compel STA to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition.

2. STA's original deadline to respond was April 30, 2014. STA previously filed four motions to request that the Court extend its deadline to respond through May 28, 2014.

3. STA now requests an additional seven days to file its response, until June 4, 2014.

___

4. As indicated in the Certificate of Conference below, Plaintiffs do not oppose the relief requested by this motion.

5. This extension is sought for good cause. Counsel for Defendant STA is continuing to work with Counsel for Plaintiffs to resolve the issues presented by Plaintiffs' motion to compel. Counsel for Defendant STA anticipates that a resolution of Plaintiffs' motion to compel will be reached within the additional time sought by this unopposed request for extension. Defendant STA produced certain documents requested by Plaintiffs. Counsel for Defendant STA and Counsel for Plaintiffs are now discussing the scope and the logistics of a potential deposition related to Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition. Counsel for Defendant STA believes that additional time will likely facilitate resolution of the issues presented by Plaintiffs' motion without the necessity of court intervention.

6. Accordingly, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), STA respectfully requests that this Court extend the deadline for STA to file its response to Plaintiffs' Motion to Compel STA to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition until June 4, 2014.

Date:  May 28, 2014                             Respectfully submitted,

                                            */s/ John Volney*
                                            Jeffrey M. Tillotson, P.C. (jtillotson@lynnllp.com)
                                            Texas State Bar No. 20039200
                                            Alan Dabdoub (adabdoub@lynnllp.com)
                                            Texas State Bar No. 24056836
                                            John Volney (jvolney@lynnllp.com)
                                            Texas State Bar No. 24003118
                                            **LYNN TILLOTSON PINKER & COX, L.L.P.**
                                            2100 Ross Avenue, Suite 2700
                                            Dallas, Texas  75201
                                            (214) 981-3800 Telephone
                                            (214) 981-3839 Facsimile

                                            **ATTORNEYS FOR DEFENDANT**
                                            **SAMSUNG TELECOMMUNICATIONS**
                                            **AMERICA, LLC**

## CERTIFICATE OF CONFERENCE

      I hereby certify that I conferred with Plaintiffs' counsel regarding the matters at issue in this motion.  During that conference, counsel indicated that Plaintiffs are not opposed to the relief sought herein.

      Certified to on May 28, 2014, by

                                            */s/Alan Dabdoub*
                                            Alan Dabdoub

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on May 28, 2014.

                                            */s/ John Volney*
                                            John Volney