IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> Defendant. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br><br> 3:12-CV-4782-D |

**ORDER GRANTING DEFENDANT'S FIFTH UNOPPOSED MOTION
TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**

The Court, having reviewed Defendant Samsung Telecommunications America, LLC's Fifth Unopposed Motion to Extend the Deadline to Respond to Plaintiffs' Motion to Compel STA to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition, and for good cause shown, hereby grants the motion.

IT IS HEREBY ORDERED THAT Defendant Samsung Telecommunications America, LLC, shall have until Wednesday, June 4, 2014, to respond to Plaintiffs' Motion to Compel STA to Comply with Topic 12 of Plaintiffs' Amended Notice of F.R.C.P. Rule 30(b)(6) Deposition.

SO ORDERED.

DATED this 3 day of June, 2014.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE