**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:12-CV-4782-D |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § | |
| Defendant. | § | |

**ORDER GRANTING**
**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs are granted leave to file their Motion to Modify Deadlines and Declaration of Jennifer L. MacPherson under seal.

**SO ORDERED**.

June 18, 2014.

SIDNEY A. FITZWATER
CHIEF JUDGE