**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:12-CV-4782-D |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § | |
| Defendant. | § | |

___

**Order Granting Plaintiffs' Motion to Modify Deadlines**
___

Plaintiffs' June 20, 2014 Motion to Modify is GRANTED, and the current schedule is modified as follows:

- Plaintiffs must designate class certification expert witnesses no later than **September 2, 2014**.

- Class certification rebuttal expert witnesses must be designated no later than **October 1, 2014**.

- Parties must complete class certification fact discovery no later than **September 2, 2014**.

- Plaintiffs must file their class certification brief no later than **September 24, 2014**.

- Defendant must file its class certification response brief no later than **October 22, 2014**.

- Class certification expert discovery shall be completed by **November 5, 2014**.

- Plaintiffs must file their class certification reply brief no later than **November 19, 2014**.

- SO ORDERED.

- June 23, 2014.

                                        SIDNEY A. FITZWATER
                                        CHIEF JUDGE