IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:12-CV-4782-D |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § | |
| Defendant. | § | |

**Appendix in Support of Plaintiffs' Motion for Class Certification
[REDACTED VERSION]**

Plaintiffs Shane Galitski, Richard Taliaferro and Brian Newbold serve their Appendix in Support of Plaintiffs' Motion for Class Certification, as follows:

| TAB | DOCUMENT; BATES | APPX. NO. |
|---|---|---|
| A | █████████████████████████ | 1 |
| B | █████████████████████████ | 31 |
| C | ███████████████ | 63 |
| D | ███████████████████████ | 193 |
| E | ████████████████████████ | 271 |

1

| TAB | DOCUMENT; BATES | APPX. NO. |
|---|---|---|
| F | ███████████████████████ | 457 |
| G | ███████████████████████ | 460 |
| H | ███████████████████████ | 461 |
| I | ███████████████████████ | 462 |
| J | ███████████████████████ | 463 |
| K | ███████████████████████ | 471 |
| L | ███████████████████████ | 483 |
| M | ███████████████████████ | 484 |
| N | ███████████████████████ | 485 |
| O | ███████████████████████ | 486 |
| P | ███████████████████████ | 487 |
| Q | ███████████████████████ | 499 |
| R | ███████████████████████ | 501 |
| S | ███████████████████████ | 512 |
| T | ███████████████████████ | 514 |
| U | ███████████████████████ | 515 |

| TAB | DOCUMENT; BATES | APPX. NO. |
|---|---|---|
| V | ■■■ | 516 |
| W | ■■■ | 520 |
| X | ■■■ | 522 |
| Y | ■■■ | 526 |
| Z | ■■■ | 545 |
| AA | ■■■ | 572 |
| BB | ■■■ | 575 |
| CC | ■■■ | 580 |
| DD | ■■■ | 590 |
| EE | ■■■ | 599 |
| FF | ■■■ | 601 |
| GG | ■■■ | 605 |
| HH | ■■■ | 651 |
| II | ■■■ | 655 |

| TAB | DOCUMENT; BATES | APPX. NO. |
|---|---|---|
| JJ | ██████████████████████████ | 656 |
| KK | ██████████████████████████ | 660 |
| LL | ██████████████████████████ | 661 |
| MM | ██████████████████████████ | 666 |
| NN | ██████████████████████████ | 681 |
| OO | ██████████████████████████ | 691 |
| PP | ██████████████████████████ | 693 |
| QQ | ██████████████████████████ | 697 |
| RR | ██████████████████████████ | 705 |
| SS | ██████████████████████████ | 709 |
| TT | ██████████████████████████ | 710 |
| UU | ██████████████████████████ | 724 |
| VV | ██████████████████████████ | 726 |
| WW | ██████████████████████████ | 729 |

4

| TAB | DOCUMENT; BATES | APPX. NO. |
|---|---|---|
| XX | ███ | 732 |
| YY | ███ | 735 |
| ZZ | ███ | 736 |
| AAA | ███ | 745 |
| BBB | ███ | 749 |
| CCC | ███ | 755 |
| DDD | ███ | 756 |
| EEE | ███ | 795 |
| FFF | ███ | 802 |
| GGG | ███ | 803 |
| HHH | ███ | 956 |
| III | ███ | 957 |
| JJJ | ███ | 959 |
| KKK | ███ | 960 |
| LLL | ███ | 961 |
| MMM | ███ | 962 |

| TAB | DOCUMENT; BATES | APPX. NO. |
|---|---|---|
| NNN | ██████████████████████████████ | 963 |
| OOO | ██████████████████████████████ | 977 |
| PPP | ██████████████████████████████ | 979 |
| QQQ | ██████████████████████████████ | 990 |
| RRR | ██████████████████████████████ | 999 |
| SSS | ██████████████████████████████ | 1006 |
| TTT | ██████████████████████████████ | 1009 |
| UUU | ██████████████████████████████ | 1131 |
| VVV | ██████████████████████████████ | 1138 |
| WWW | November 13, 2013 Deposition Transcript of Brian Newbold Excerpts | 1141 |
| XXX | ██████████████████████████████ | 1156 |
| YYY | November 13, 2013 Deposition of Richard Taliaferro Excerpts | 1157 |
| ZZZ | Samsung Captivate User Manual; SAMSUNG_GAL 0000001, 195-198 (Excerpts of SAMSUNG_GAL 0000001-208) | 1166 |
| AAAA | Samsung Epic 4G User Manual; 0000408, 668-671 (Excerpts of SAMSUNG_GAL 0000408-689) | 1171 |
| BBBB | Samsung Vibrant User Manual; 0000970, 1173-1176 (Excerpts of SAMSUNG_GAL 0000970-1188) | 1176 |
| CCCC | Samsung Fascinate User Manual; 0001189, 1350-1353 (Excerpts of SAMSUNG_GAL 0001189-1363) | 1181 |
| DDDD | ██████████████████████████████ | 1186 |

6

| TAB | DOCUMENT; BATES | APPX. NO. |
|---|---|---|
| EEEE | November 13, 2013 Deposition Transcript of Shane Galitski Excerpts | 1189 |
| FFFF | █████████████████████████ | 1193 |
| GGGG | █████████████████████████ | 1195 |
| HHHH | █████████████████████████ | 1199 |
| IIII | 2010 Census Reporting – Population and Distribution Change 2000 – 2010 | 1202 |
| JJJJ | █████████████████████████ | 1213 |
| KKKK | █████████████████████████ | 1236 |
| LLLL | █████████████████████████ | 1242 |
| MMMM | █████████████████████████ | 1253 |
| NNNN | Declaration of Shane Galitski in Support of Plaintiffs' Motion for Class Certification | 1263 |
| OOOO | Declaration of Brian Newbold in Support of Plaintiffs' Motion for Class Certification | 1266 |
| PPPP | Declaration of Richard Taliaferro in Support of Plaintiffs' Motion for Class Certification | 1269 |
| QQQQ | Doyle Lowther Firm Resume | 1272 |
| RRRR | Stanley Law Group Firm Resume | 1284 |
| SSSS | Declaration of James R. Hail in Support of Plaintiffs' Motion for Class Certification | 1292 |

Date:  September 24, 2014            Respectfully submitted,

                                                  DOYLE LOWTHER LLP

                                                  _____/s/ James R. Hail_____

James R. Hail (TX SBN 24002207)
jim@doylelowther.com
William J. Doyle, II (CA SBN 188069)
bill@doylelowther.com
John A. Lowther (CA SBN 207000)
john@doylelowther.com

10200 Willow Creek Road, Suite 150
San Diego, CA 92131
858.935.9960 – Telephone
858.939.1939 – Facsimile

STANLEY LAW GROUP
Marc R. Stanley
marcstanley@mac.com
Martin Woodward
mwoodward@stanleylawgroup.com
Scott Kitner
skitner@stanleylawgroup.com
3100 Monticello Avenue, Suite 770
Dallas, TX 75205
214.443.4300 – Telephone
214.443.0358 - Facsimile


GLYNN LAW GROUP
Thomas E. Glynn
tom@glynnwgroup.com
10200 Willow Creek Road, Suite 170
San Diego, CA 92131
858.271.1100 – Telephone
858.876.1530 – Facsimile

THE CONSUMER LAW GROUP
Alan M. Mansfield
alan@clgca.com
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
619.308.5034 – Telephone
888.341-5048 – Facsimile


*Counsel for plaintiffs and proposed class*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on September 24, 2014.

                */s/ James R. Hail*
                James R. Hail (TX SBN 24002207)