Exhibit AAAA.

*User Guide*



Samsung Epic™ 4G
a GALAXY 5 ™ phone

*www.sprint.com*

*©2011 Sprint. SPRINT and the logo are trademarks of Sprint.
Other marks are the property of their respective owners.*

*01/11/11*



**SAMSUNG_GAL 0000408**
APP. 1171

## 4B. Manufacturer's Warranty

♦ Manufacturer's Warranty (page 247)

Your phone has been designed to provide you with reliable, worry-free service. If for any reason you have a problem with your equipment, please refer to the manufacturer's warranty in this section.

For information regarding the terms and conditions of service for your phone, please visit www.sprint.com or call Sprint Customer Service at **1-888-211-4727**.

*Note:* In addition to the warranty provided by your phone's manufacturer, which is detailed on the following pages, Sprint offers a number of optional plans to cover your equipment for non-warranty claims. **Sprint Total Equipment Protection** provides the combined coverage of the **Sprint Equipment Replacement Program** and the **Sprint Equipment Service and Repair Program**, both of which are available separately. Each of these programs may be signed up for within 30 days of activating your phone. For more details, please visit your nearest Sprint Store or call Sprint at **1-800-584-3666**.

## Manufacturer's Warranty

### STANDARD LIMITED WARRANTY

**What is Covered and For How Long?**
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC ("SAMSUNG") warrants to the original purchaser ("Purchaser") that SAMSUNG's phones and accessories ("Products") are free from defects in material and workmanship under normal use and service for the period commencing upon the date of purchase and continuing for the following specified period of time after that date:

| | |
|---|---|
| Phone | 1 Year |
| Batteries | 1 Year |
| Leather Case | 90 Days |
| Other Phone Accessories | 1 Year |

**What is Not Covered?**
This Limited Warranty is conditioned upon proper use of Product by Purchaser. This Limited Warranty does not cover: (a) defects or damage resulting from accident, misuse, abnormal use, abnormal conditions, improper storage, exposure to moisture or dampness, neglect, unusual physical, electrical or electromechanical stress, or defects in appearance, cosmetic, decorative or structural items, including framing, and any non-operative parts unless caused by SAMSUNG; (b) defects or damage resulting from excessive

SAMSUNG_GAL 0000668

APP. 1172

force or use of a metallic object when pressing on a touchscreen; (c) equipment that has the serial number or the enhancement data code removed, defaced, damaged, altered or made illegible; (d) any plastic surfaces or other externally exposed parts that are scratched or damaged due to normal use; (e) malfunctions resulting from the use of Product in conjunction or connection with accessories, products, or ancillary/peripheral equipment not furnished or approved by SAMSUNG; (f) defects or damage from improper testing, operation, maintenance, installation, service, or adjustment not furnished or approved by SAMSUNG; (g) defects or damage from external causes such as collision with an object, or from fire, flooding, sand, dirt, windstorm, lightning, earthquake, or from exposure to weather conditions, or battery leakage, theft, blown fuse, or improper use of any electrical source; (h) defects or damage caused by cellular signal reception or transmission, or viruses or other software problems introduced into the Product; (i) any other acts which are not the fault of SAMSUNG; or (j) Product used or purchased outside the United States. This Limited Warranty covers batteries only if battery capacity falls below 80% of rated capacity or the battery leaks, and this Limited Warranty does not cover any battery if (i) the battery has been charged by a battery charger not specified or approved by SAMSUNG for charging the battery, (ii) any of the seals on the battery are broken or show evidence of tampering, or (iii) the battery has been used in equipment other than the SAMSUNG phone for which it is specified.

**What are SAMSUNG's Obligations?**
During the applicable warranty period, SAMSUNG will repair or replace, at SAMSUNG's sole option, without charge to Purchaser, any defective component part of Product. To obtain service under this Limited Warranty, Purchaser must return Product to an authorized phone service facility in an adequate container for shipping, accompanied by Purchaser's sales receipt or comparable substitute proof of sale showing the original date of purchase, the serial number of Product and the sellers' name and address. To obtain assistance on where to deliver the Product, call Samsung Customer Care at 1-888-987-4357. Upon receipt, SAMSUNG will promptly repair or replace the defective Product. SAMSUNG may, at SAMSUNG's sole option, use rebuilt, reconditioned, or new parts or components when repairing any Product or replace Product with a rebuilt, reconditioned or new Product. Repaired/replaced cases, pouches and holsters will be warranted for a period of ninety (90) days. All other repaired/replaced Product will be warranted for a period equal to the remainder of the original Limited Warranty on the original Product or for 90 days, whichever is longer. All replaced parts, components, boards and equipment shall become the property of SAMSUNG. If SAMSUNG determines that any Product is not covered by this Limited Warranty, Purchaser must pay all parts, shipping, and labor charges for the repair or return of such Product.

**SAMSUNG_GAL 0000669**
APP. 1173

**What Are The Limits On Samsung's Warranty/liability?**
SET FORTH IN THE EXPRESS WARRANTY CONTAINED HEREIN, PURCHASER TAKES THE PRODUCT "AS IS," AND SAMSUNG MAKES NO WARRANTY OR REPRESENTATION AND THERE ARE NO CONDITIONS, EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, OF ANY KIND WHATSOEVER WITH RESPECT TO THE PRODUCT, INCLUDING BUT NOT LIMITED TO:

- THE MERCHANTABILITY OF THE PRODUCT OR ITS FITNESS FOR ANY PARTICULAR PURPOSE OR USE;
- WARRANTIES OF TITLE OR NON-INFRINGEMENT;
- DESIGN, CONDITION, QUALITY, OR PERFORMANCE OF THE PRODUCT;
- THE WORKMANSHIP OF THE PRODUCT OR THE COMPONENTS CONTAINED THEREIN; OR
- COMPLIANCE OF THE PRODUCT WITH THE REQUIREMENTS OF ANY LAW, RULE, SPECIFICATION OR CONTRACT PERTAINING THERETO.

NOTHING CONTAINED IN THE INSTRUCTION MANUAL SHALL BE CONSTRUED TO CREATE AN EXPRESS WARRANTY OF ANY KIND WHATSOEVER WITH RESPECT TO THE PRODUCT. ALL IMPLIED WARRANTIES AND CONDITIONS THAT MAY ARISE BY OPERATION OF LAW, INCLUDING IF APPLICABLE THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY LIMITED TO THE SAME DURATION OF TIME AS THE EXPRESS WRITTEN WARRANTY STATED HEREIN. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. IN ADDITION, SAMSUNG SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND RESULTING FROM THE PURCHASE, USE, OR MISUSE OF, OR INABILITY TO USE THE PRODUCT OR ARISING DIRECTLY OR INDIRECTLY FROM THE USE OR LOSS OF USE OF THE PRODUCT OR FROM THE BREACH OF THE EXPRESS WARRANTY, INCLUDING INCIDENTAL, SPECIAL, CONSEQUENTIAL OR SIMILAR DAMAGES, OR LOSS OF ANTICIPATED PROFITS OR BENEFITS, OR FOR DAMAGES ARISING FROM ANY TORT (INCLUDING NEGLIGENCE OR GROSS NEGLIGENCE) OR FAULT COMMITTED BY SAMSUNG, ITS AGENTS OR EMPLOYEES, OR FOR ANY BREACH OF CONTRACT OR FOR ANY CLAIM BROUGHT AGAINST PURCHASER BY ANY OTHER PARTY. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE. THIS LIMITED WARRANTY SHALL NOT EXTEND TO ANYONE OTHER THAN THE ORIGINAL PURCHASER OF THIS PRODUCT AND STATES PURCHASER'S EXCLUSIVE REMEDY. IF ANY PORTION OF THIS LIMITED WARRANTY IS HELD ILLEGAL OR UNENFORCEABLE BY REASON OF ANY LAW, SUCH PARTIAL ILLEGALITY OR UNENFORCEABILITY SHALL NOT AFFECT THE ENFORCEABILITY FOR THE REMAINDER OF THIS LIMITED

*Warranty*

SAMSUNG_GAL 0000670
APP. 1174

WARRANTY WHICH PURCHASER ACKNOWLEDGES IS AND WILL ALWAYS BE CONSTRUED TO BE LIMITED BY ITS TERMS OR AS LIMITED AS THE LAW PERMITS.

THE PARTIES UNDERSTAND THAT THE PURCHASER MAY USE THIRD-PARTY SOFTWARE OR EQUIPMENT IN CONJUNCTION WITH THE PRODUCT. SAMSUNG MAKES NO WARRANTIES OR REPRESENTATIONS AND THERE ARE NO CONDITIONS, EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, AS TO THE QUALITY, CAPABILITIES, OPERATIONS, PERFORMANCE OR SUITABILITY OF ANY THIRD-PARTY SOFTWARE OR EQUIPMENT, WHETHER SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT IS INCLUDED WITH THE PRODUCT DISTRIBUTED BY SAMSUNG OR OTHERWISE, INCLUDING THE ABILITY TO INTEGRATE ANY SUCH SOFTWARE OR EQUIPMENT WITH THE PRODUCT. THE QUALITY, CAPABILITIES, OPERATIONS, PERFORMANCE AND SUITABILITY OF ANY SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT LIE SOLELY WITH THE PURCHASER AND THE DIRECT VENDOR, OWNER OR SUPPLIER OF SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT, AS THE CASE MAY BE.

This Limited Warranty allocates risk of Product failure between Purchaser and SAMSUNG, and SAMSUNG's Product pricing reflects this allocation of risk and the limitations of liability contained in this Limited Warranty. The agents, employees, distributors, and dealers of SAMSUNG are not authorized to make modifications to this Limited Warranty, or make additional warranties binding on SAMSUNG. Accordingly, additional statements such as dealer advertising or presentation, whether oral or written, do not constitute warranties by SAMSUNG and should not be relied upon.

Samsung Telecommunications America, LLC

1301 E. Lookout Drive

Richardson, Texas 75082

Phone: 1-800-SAMSUNG

Phone: 1-888-987-HELP (4357)

©2011 Samsung Telecommunications America, LLC. All rights reserved.

No reproduction in whole or in part allowed without prior written approval. Specifications and availability subject to change without notice. [021710]

## End User License Agreement for Software

IMPORTANT. READ CAREFULLY: This End User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Samsung Electronics Co., Ltd. for software owned by Samsung Electronics Co., Ltd. and its affiliated companies and its third party suppliers and licensors that accompanies this EULA, which includes computer software and may include associated media, printed materials, "online" or electronic documentation ("Software"). BY CLICKING THE "I ACCEPT" BUTTON (OR IF YOU BYPASS OR OTHERWISE DISABLE THE "I ACCEPT", AND STILL INSTALL, COPY, DOWNLOAD, ACCESS OR OTHERWISE USE

SAMSUNG_GAL 0000671

APP. 1175

Exhibit BBBB.

# Samsung Vibrant ™

## a GALAXY S ™ phone

exclusively at **T · ·Mobile·®**

## PORTABLE QUAD-BAND
## MOBILE PHONE

**User Manual**
**Please read this manual before operating your**
**phone, and keep it for future reference.**



**SAMSUNG_GAL 0000970**

APP. 1176

## Section 14: Warranty Information

### Standard Limited Warranty

**What is Covered and For How Long?**
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC ("SAMSUNG") warrants to the original purchaser ("Purchaser") that SAMSUNG's phones and accessories ("Products") are free from defects in material and workmanship under normal use and service for the period commencing upon the date of purchase and continuing for the following specified period of time after that date:

| | |
|---|---|
| Phone | 1 Year |
| Batteries | 1 Year |
| Leather Case | 90 Days |
| Holster | 90 Days |
| Other Phone Accessories | 1 Year |

**What is Not Covered?** This Limited Warranty is conditioned upon proper use of Product by Purchaser. This Limited Warranty does not cover: (a) defects or damage resulting from accident, misuse, abnormal use, abnormal conditions, improper storage, exposure to moisture or dampness, neglect, unusual physical, electrical or electromechanical stress, or defects in appearance, cosmetic, decorative or structural

items, including framing, and any non-operative parts unless caused by SAMSUNG; (b) defects or damage resulting from excessive force when pressing on a touch screen; (c) equipment that has the serial number or the enhancement data code removed, defaced, damaged, altered or made illegible; (d) any plastic surfaces or other externally exposed parts that are scratched or damaged due to normal use; (e) malfunctions resulting from the use of Product in conjunction or connection with accessories, products, or ancillary/peripheral equipment not furnished or approved by SAMSUNG; (f) defects or damage from improper testing, operation, maintenance, installation, service, or adjustment not furnished or approved by SAMSUNG; (g) defects or damage from external causes such as collision with an object, or from fire, flooding, sand, dirt, windstorm, lightning, earthquake, or from exposure to weather conditions, or battery leakage, theft, blown fuse, or improper use of any electrical source; (h) defects or damage caused by cellular signal reception or transmission, or viruses or other software problems introduced into the Product; (i) any other acts which are not the fault of SAMSUNG; or (j) Product used or purchased outside the United States. This Limited Warranty covers batteries only if battery capacity falls below 80% of rated capacity or the battery leaks, and this Limited Warranty does not cover any battery if (i) the battery has been charged by a battery charger not specified or approved by SAMSUNG for charging the battery, (ii) any of the seals on the battery are broken or show

200

SAMSUNG_GAL 0001173
APP. 1177

evidence of tampering, or (iii) the battery has been used in equipment other than the SAMSUNG phone for which it is specified.

**What are SAMSUNG's Obligations?** During the applicable warranty period, SAMSUNG will repair or replace, at SAMSUNG's sole option, without charge to Purchaser, any defective component part of Product. To obtain service under this Limited Warranty, Purchaser must return Product to an authorized phone service facility in an adequate container for shipping, accompanied by Purchaser's sales receipt or comparable substitute proof of sale showing the original date of purchase, the serial number of Product and the sellers' name and address. To obtain assistance on where to deliver the Product, call Samsung Customer Care at 1-888-987-4357. Upon receipt, SAMSUNG will promptly repair or replace the defective Product. SAMSUNG may, at SAMSUNG's sole option, use rebuilt, reconditioned, or new parts or components when repairing any Product or replace Product with a rebuilt, reconditioned or new Product. Repaired/replaced cases, pouches and holsters will be warranted for a period of ninety (90) days. All other repaired/replaced Product will be warranted for a period equal to the remainder of the original Limited Warranty on the original Product or for 90 days, whichever is longer. All replaced parts, components, boards and equipment shall become the property of SAMSUNG. If SAMSUNG determines that any Product is not covered by this Limited Warranty, Purchaser

must pay all parts, shipping, and labor charges for the repair or return of such Product.

**What Are The Limits On Samsung's Warranty/liability?** EXCEPT AS SET FORTH IN THE EXPRESS WARRANTY CONTAINED HEREIN, PURCHASER TAKES THE PRODUCT "AS IS," AND SAMSUNG MAKES NO WARRANTY OR REPRESENTATION AND THERE ARE NO CONDITIONS, EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, OF ANY KIND WHATSOEVER WITH RESPECT TO THE PRODUCT, INCLUDING BUT NOT LIMITED TO:
• THE MERCHANTABILITY OF THE PRODUCT OR ITS FITNESS FOR ANY PARTICULAR PURPOSE OR USE;
• WARRANTIES OF TITLE OR NON-INFRINGEMENT;
• DESIGN, CONDITION, QUALITY, OR PERFORMANCE OF THE PRODUCT;
• THE WORKMANSHIP OF THE PRODUCT OR THE COMPONENTS CONTAINED THEREIN; OR
• COMPLIANCE OF THE PRODUCT WITH THE REQUIREMENTS OF ANY LAW, RULE, SPECIFICATION OR CONTRACT PERTAINING THERETO.

NOTHING CONTAINED IN THE INSTRUCTION MANUAL SHALL BE CONSTRUED TO CREATE AN EXPRESS WARRANTY OF ANY KIND WHATSOEVER WITH RESPECT TO THE PRODUCT. ALL IMPLIED WARRANTIES AND CONDITIONS THAT MAY ARISE BY OPERATION OF LAW, INCLUDING IF APPLICABLE THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY LIMITED TO THE SAME DURATION OF TIME AS THE EXPRESS

**SAMSUNG_GAL 0001174**
APP. 1178

WRITTEN WARRANTY STATED HEREIN. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. IN ADDITION, SAMSUNG SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND RESULTING FROM THE PURCHASE, USE, OR MISUSE OF, OR INABILITY TO USE THE PRODUCT OR ARISING DIRECTLY OR INDIRECTLY FROM THE USE OR LOSS OF USE OF THE PRODUCT OR FROM THE BREACH OF THE EXPRESS WARRANTY, INCLUDING INCIDENTAL, SPECIAL, CONSEQUENTIAL OR SIMILAR DAMAGES, OR LOSS OF ANTICIPATED PROFITS OR BENEFITS, OR FOR DAMAGES ARISING FROM ANY TORT (INCLUDING NEGLIGENCE OR GROSS NEGLIGENCE) OR FAULT COMMITTED BY SAMSUNG, ITS AGENTS OR EMPLOYEES, OR FOR ANY BREACH OF CONTRACT OR FOR ANY CLAIM BROUGHT AGAINST PURCHASER BY ANY OTHER PARTY. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE.   THIS LIMITED WARRANTY SHALL NOT EXTEND TO ANYONE OTHER THAN THE ORIGINAL PURCHASER OF THIS PRODUCT AND STATES PURCHASER'S EXCLUSIVE REMEDY. IF ANY PORTION OF THIS LIMITED WARRANTY IS HELD ILLEGAL OR UNENFORCEABLE BY REASON OF ANY LAW, SUCH PARTIAL ILLEGALITY OR UNENFORCEABILITY SHALL NOT AFFECT THE ENFORCEABILITY FOR THE REMAINDER OF THIS LIMITED WARRANTY

WHICH PURCHASER ACKNOWLEDGES IS AND WILL ALWAYS BE CONSTRUED TO BE LIMITED BY ITS TERMS OR AS LIMITED AS THE LAW PERMITS.

THE PARTIES UNDERSTAND THAT THE PURCHASER MAY USE THIRD-PARTY SOFTWARE OR EQUIPMENT IN CONJUNCTION WITH THE PRODUCT. SAMSUNG MAKES NO WARRANTIES OR REPRESENTATIONS AND THERE ARE NO CONDITIONS, EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, AS TO THE QUALITY, CAPABILITIES, OPERATIONS, PERFORMANCE OR SUITABILITY OF ANY THIRD-PARTY SOFTWARE OR EQUIPMENT, WHETHER SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT IS INCLUDED WITH THE PRODUCT DISTRIBUTED BY SAMSUNG OR OTHERWISE, INCLUDING THE ABILITY TO INTEGRATE ANY SUCH SOFTWARE OR EQUIPMENT WITH THE PRODUCT.  THE QUALITY, CAPABILITIES, OPERATIONS, PERFORMANCE AND SUITABILITY OF ANY SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT LIE SOLELY WITH THE PURCHASER AND THE DIRECT VENDOR, OWNER OR SUPPLIER OF SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT, AS THE CASE MAY BE.

This Limited Warranty allocates risk of Product failure between Purchaser and SAMSUNG, and SAMSUNG's Product pricing reflects this allocation of risk and the limitations of liability contained in this Limited Warranty. The agents, employees, distributors, and dealers of SAMSUNG are not authorized to make modifications to this Limited Warranty, or make additional warranties binding on SAMSUNG. Accordingly, additional statements such as dealer advertising or presentation,

202

**SAMSUNG_GAL 0001175**

APP. 1179

whether oral or written, do not constitute warranties by SAMSUNG and should not be relied upon.

Samsung Telecommunications America, LLC

1301 E. Lookout Drive

Richardson, Texas 75082

Phone: 1-800-SAMSUNG

Phone: 1-888-987-HELP (4357)

©2011 Samsung Telecommunications America, LLC. All rights reserved.

No reproduction in whole or in part allowed without prior written approval. Specifications and availability subject to change without notice. [021710]

### End User License Agreement for Software

IMPORTANT. READ CAREFULLY: This End User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Samsung Electronics Co., Ltd. for software owned by Samsung Electronics Co., Ltd. and its affiliated companies and its third party suppliers and licensors that accompanies this EULA, which includes computer software and may include associated media, printed materials, "online" or electronic documentation ("Software"). BY CLICKING THE "I ACCEPT" BUTTON (OR IF YOU BYPASS OR OTHERWISE DISABLE THE "I ACCEPT" BUTTON, AND STILL INSTALL, COPY, DOWNLOAD, ACCESS OR OTHERWISE USE THE SOFTWARE), YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA. IF YOU DO NOT ACCEPT THE TERMS IN THIS EULA, YOU MUST CLICK THE "DECLINE" BUTTON, DISCONTINUE USE OF THE SOFTWARE.

1. GRANT OF LICENSE. Samsung grants you the following rights provided that you comply with all terms and conditions of this EULA: You may install, use, access, display and run one copy of the Software on the local hard disk(s) or other permanent storage media of one computer and use the Software on a single computer or a mobile device at a time, and you may not make the Software available over a network where it could be used by multiple computers at the same time. You may make one copy of the Software in machine-readable form for backup purposes only; provided that the backup copy must include all copyright or other proprietary notices contained on the original.

2. RESERVATION OF RIGHTS AND OWNERSHIP. Samsung reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Samsung or its suppliers own the title, copyright and other intellectual property rights in the Software. The Software is licensed, not sold.

3. LIMITATIONS ON END USER RIGHTS. You may not reverse engineer, decompile, disassemble, or otherwise attempt to discover the source code or algorithms of, the Software (except and only to the extent that such activity is expressly permitted by

Warranty Information    203

**SAMSUNG_GAL 0001176**

APP. 1180

Exhibit CCCC.

# USER MANUAL

Samsung Fascinate™
a GALAXY S™ phone

verizon wireless

**SAMSUNG_GAL 0001189**
APP.1181

## Section 14: Warranty Information

### Standard Limited Warranty

**What is Covered and For How Long?**
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC ("SAMSUNG") warrants to the original purchaser ("Purchaser") that SAMSUNG's phones and accessories ("Products") are free from defects in material and workmanship under normal use and service for the period commencing upon the date of purchase and continuing for the following specified period of time after that date:

| | |
|---|---|
| Phone | 1 Year |
| Batteries | 1 Year |
| Leather Case | 90 Days |
| Holster | 90 Days |
| Other Phone Accessories | 1 Year |

**What is Not Covered?** This Limited Warranty is conditioned upon proper use of Product by Purchaser. This Limited Warranty does not cover: (a) defects or damage resulting from accident, misuse, abnormal use, abnormal conditions, improper storage, exposure to moisture or dampness, neglect, unusual physical, electrical or electromechanical stress, or defects in appearance, cosmetic, decorative or structural

items, including framing, and any non-operative parts unless caused by SAMSUNG; (b) defects or damage resulting from excessive force or use of a metallic object when pressing on a touch screen; (c) equipment that has the serial number or the enhancement data code removed, defaced, damaged, altered or made illegible; (d) any plastic surfaces or other externally exposed parts that are scratched or damaged due to normal use; (e) malfunctions resulting from the use of Product in conjunction or connection with accessories, products, or ancillary/peripheral equipment not furnished or approved by SAMSUNG; (f) defects or damage from improper testing, operation, maintenance, installation, service, or adjustment not furnished or approved by SAMSUNG; (g) defects or damage from external causes such as collision with an object, or from fire, flooding, sand, dirt, windstorm, lightning, earthquake, or from exposure to weather conditions, or battery leakage, theft, blown fuse, or improper use of any electrical source; (h) defects or damage caused by cellular signal reception or transmission, or viruses or other software problems introduced into the Product; (j) any other acts which are not the fault of SAMSUNG; or (i) Product used or purchased outside the United States. This Limited Warranty covers batteries only if battery capacity falls below 80% of rated capacity or the battery leaks, and this Limited Warranty does not cover any battery if (i) the battery has been charged by a battery charger not specified or approved by SAMSUNG for charging the battery, (ii) any of the seals on the battery are broken or

156

SAMSUNG_GAL 0001350
APP.1182

show evidence of tampering, or (iii) the battery has been used in equipment other than the SAMSUNG phone for which it is specified.

**What are SAMSUNG's Obligations?** During the applicable warranty period, SAMSUNG will repair or replace, at SAMSUNG's sole option, without charge to Purchaser, any defective component part of Product. To obtain service under this Limited Warranty, Purchaser must return Product to an authorized phone service facility in an adequate container for shipping, accompanied by Purchaser's sales receipt or comparable substitute proof of sale showing the original date of purchase, the serial number of Product and the sellers' name and address. To obtain assistance on where to deliver the Product, call Samsung Customer Care at 1-888-987-4357. Upon receipt, SAMSUNG will promptly repair or replace the defective Product. SAMSUNG may, at SAMSUNG's sole option, use rebuilt, reconditioned, or new parts or components when repairing any Product or replace Product with a rebuilt, reconditioned or new Product. Repaired/replaced cases, pouches and holsters will be warranted for a period of ninety (90) days. All other repaired/replaced Product will be warranted for a period equal to the remainder of the original Limited Warranty on the original Product or for 90 days, whichever is longer. All replaced parts, components, boards and equipment shall become the property of SAMSUNG. If SAMSUNG determines that any Product is not covered by this Limited Warranty, Purchaser

must pay all parts, shipping, and labor charges for the repair or return of such Product.

**What Are The Limits On Samsung's Warranty/liability?** EXCEPT AS SET FORTH IN THE EXPRESS WARRANTY CONTAINED HEREIN, PURCHASER TAKES THE PRODUCT "AS IS," AND SAMSUNG MAKES NO WARRANTY OR REPRESENTATION AND THERE ARE NO CONDITIONS, EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, OF ANY KIND WHATSOEVER WITH RESPECT TO THE PRODUCT, INCLUDING BUT NOT LIMITED TO:
• THE MERCHANTABILITY OF THE PRODUCT OR ITS FITNESS FOR ANY PARTICULAR PURPOSE OR USE;
• WARRANTIES OF TITLE OR NON-INFRINGEMENT;
• DESIGN, CONDITION, QUALITY, OR PERFORMANCE OF THE PRODUCT;
• THE WORKMANSHIP OF THE PRODUCT OR THE COMPONENTS CONTAINED THEREIN; OR
• COMPLIANCE OF THE PRODUCT WITH THE REQUIREMENTS OF ANY LAW, RULE, SPECIFICATION OR CONTRACT PERTAINING THERETO.

NOTHING CONTAINED IN THE INSTRUCTION MANUAL SHALL BE CONSTRUED TO CREATE AN EXPRESS WARRANTY OF ANY KIND WHATSOEVER WITH RESPECT TO THE PRODUCT. ALL IMPLIED WARRANTIES AND CONDITIONS THAT MAY ARISE BY OPERATION OF LAW, INCLUDING IF APPLICABLE THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY LIMITED TO THE SAME DURATION OF TIME AS THE EXPRESS

SAMSUNG_GAL 0001351
APP.1183

WRITTEN WARRANTY STATED HEREIN. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. IN ADDITION, SAMSUNG SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND RESULTING FROM THE PURCHASE, USE, OR MISUSE OF, OR INABILITY TO USE THE PRODUCT OR ARISING DIRECTLY OR INDIRECTLY FROM THE USE OR LOSS OF USE OF THE PRODUCT OR FROM THE BREACH OF THE EXPRESS WARRANTY, INCLUDING INCIDENTAL, SPECIAL, CONSEQUENTIAL OR SIMILAR DAMAGES, OR LOSS OF ANTICIPATED PROFITS OR BENEFITS, OR FOR DAMAGES ARISING FROM ANY TORT (INCLUDING NEGLIGENCE OR GROSS NEGLIGENCE) OR FAULT COMMITTED BY SAMSUNG, ITS AGENTS OR EMPLOYEES, OR FOR ANY BREACH OF CONTRACT OR FOR ANY CLAIM BROUGHT AGAINST PURCHASER BY ANY OTHER PARTY. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE.   THIS LIMITED WARRANTY SHALL NOT EXTEND TO ANYONE OTHER THAN THE ORIGINAL PURCHASER OF THIS PRODUCT AND STATES PURCHASER'S EXCLUSIVE REMEDY. IF ANY PORTION OF THIS LIMITED WARRANTY IS HELD ILLEGAL OR UNENFORCEABLE BY REASON OF ANY LAW, SUCH PARTIAL ILLEGALITY OR UNENFORCEABILITY SHALL NOT AFFECT THE ENFORCEABILITY FOR THE REMAINDER OF THIS LIMITED WARRANTY

WHICH PURCHASER ACKNOWLEDGES IS AND WILL ALWAYS BE CONSTRUED TO BE LIMITED BY ITS TERMS OR AS LIMITED AS THE LAW PERMITS.

THE PARTIES UNDERSTAND THAT THE PURCHASER MAY USE THIRD-PARTY SOFTWARE OR EQUIPMENT IN CONJUNCTION WITH THE PRODUCT. SAMSUNG MAKES NO WARRANTIES OR REPRESENTATIONS AND THERE ARE NO CONDITIONS, EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, AS TO THE QUALITY, CAPABILITIES, OPERATIONS, PERFORMANCE OR SUITABILITY OF ANY THIRD-PARTY SOFTWARE OR EQUIPMENT, WHETHER SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT IS INCLUDED WITH THE PRODUCT DISTRIBUTED BY SAMSUNG OR OTHERWISE, INCLUDING THE ABILITY TO INTEGRATE ANY SUCH SOFTWARE OR EQUIPMENT WITH THE PRODUCT. THE QUALITY, CAPABILITIES, OPERATIONS, PERFORMANCE AND SUITABILITY OF ANY SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT LIE SOLELY WITH THE PURCHASER AND THE DIRECT VENDOR, OWNER OR SUPPLIER OF SUCH THIRD-PARTY SOFTWARE OR EQUIPMENT, AS THE CASE MAY BE.

This Limited Warranty allocates risk of Product failure between Purchaser and SAMSUNG, and SAMSUNG's Product pricing reflects this allocation of risk and the limitations of liability contained in this Limited Warranty. The agents, employees, distributors, and dealers of SAMSUNG are not authorized to make modifications to this Limited Warranty, or make additional warranties binding on SAMSUNG. Accordingly, additional statements such as dealer advertising or presentation,

158

**SAMSUNG_GAL 0001352**
APP.1184

whether oral or written, do not constitute warranties by SAMSUNG and should not be relied upon.

Samsung Telecommunications America, LLC

1301 E. Lookout Drive

Richardson, Texas 75082

Phone: 1-800-SAMSUNG

Phone: 1-888-987-HELP (4357)

©2010 Samsung Telecommunications America, LLC. All rights reserved.

No reproduction in whole or in part allowed without prior written approval. Specifications and availability subject to change without notice. [021710]

### End User License Agreement for Software

IMPORTANT. READ CAREFULLY: This End User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Samsung Electronics Co., Ltd. for software owned by Samsung Electronics Co., Ltd. and its affiliated companies and its third party suppliers and licensors that accompanies this EULA, which includes computer software and may include associated media, printed materials, "online" or electronic documentation ("Software"). BY CLICKING THE "I ACCEPT" BUTTON (OR IF YOU BYPASS OR OTHERWISE DISABLE THE "I ACCEPT" BUTTON, AND STILL INSTALL, COPY, DOWNLOAD, ACCESS OR OTHERWISE USE THE SOFTWARE), YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA. IF YOU DO NOT ACCEPT THE TERMS IN THIS EULA, YOU MUST CLICK THE "DECLINE" BUTTON, DISCONTINUE USE OF THE SOFTWARE.

1. GRANT OF LICENSE. Samsung grants you the following rights provided that you comply with all terms and conditions of this EULA: You may install, use, access, display and run one copy of the Software on the local hard disk(s) or other permanent storage media of one computer and use the Software on a single computer or a mobile device at a time, and you may not make the Software available over a network where it could be used by multiple computers at the same time. You may make one copy of the Software in machine-readable form for backup purposes only; provided that the backup copy must include all copyright or other proprietary notices contained on the original.

2. RESERVATION OF RIGHTS AND OWNERSHIP. Samsung reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Samsung or its suppliers own the title, copyright and other intellectual property rights in the Software. The Software is licensed, not sold.

3. LIMITATIONS ON END USER RIGHTS. You may not reverse engineer, decompile, disassemble, or otherwise attempt to discover the source code or algorithms of, the Software (except and only to the extent that such activity is expressly permitted by

SAMSUNG_GAL 0001353

APP.1185

Exhibit EEEE.

COPY

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION


SHANE GALITSKI, RICHARD TALIAFERRO
and BRIAN NEWBOLD, Individually
and on Behalf of All Others Similarly
Situated,

            Plaintiffs,

        vs.                        No. 3:12-CV-4782-D

SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC,

            Defendant.

_____


DEPOSITION OF SHANE GALITSKI

San Diego, California

Wednesday, November 13, 2013
Volume I


Reported by:
ANGELA METZ
CSR No. 12454

JOB No. 10187


PAGES 1 - 72

Page 6

1  for Shane Galitski and the proposed class.
2      THE VIDEOGRAPHER:  Thanks very much.  Will the
3  court reporter please now swear in the witness.
4
5          SHANE GALITSKI,
6  having been first duly sworn, was examined and testified
7  as follows:
8
9          EXAMINATION
10 BY MR. VOLNEY:
11     Q.  Mr. Galitski, my name is John Volney, and I'm the
12 lawyer for Samsung Telecommunications America.  And do you
13 understand that today you're here to give your deposition
14 in a proposed class action that you filed against Samsung?
15     A.  Yes.
16     Q.  Could you state your full name for the record.
17     A.  Shane Martin Galitski.
18     Q.  Could you tell me what your address is.
19     A.  ███████████████
20     Q.  Have you ever been a party to a lawsuit before?
21     A.  No.
22     Q.  Have you ever given a deposition before?
23     A.  No.
24     Q.  Okay.  So let's talk about the ground rules so
25 this will go easier for both of us.  First of all, you

Page 7

1  understand you've taken an oath and it's your obligation
2  to answer my questions truthfully?
3      A.  Yes.
4      Q.  And you understand that although we're in this
5  wonderful office here in sunny San Diego, it's just as if
6  you were sitting in a courtroom before Judge Fitzwater or
7  the jury in this case.
8          Do you understand that?
9      A.  Yes.
10     Q.  If during the course of the day you don't
11 understand my question, would you please let me know so I
12 can clarify for you?
13     A.  Yes.
14     Q.  And one other thing, just a housekeeping matter,
15 the court reporter can't take down our interaction if we
16 talk over each other.  So if you could wait for me to
17 finish my question before you start your answer.  Got it?
18     A.  Yes.
19     Q.  Okay.  Is there any reason why you can't testify
20 for me truthfully today?
21     A.  No.
22     Q.  For example, if you're taking some sort of
23 medication that might affect your memory?
24     A.  No.
25     Q.  Tell me, Mr. Galitski, what did you do to get

Page 8

1  ready to give your deposition today?
2      A.  Went over documents with the attorneys, my
3  attorneys, and came down here.
4      Q.  Did you travel down here this morning or
5  yesterday?
6      A.  Yesterday.
7      Q.  So you met with them yesterday afternoon?
8      A.  No.
9      Q.  Met with them this morning before the deposition?
10     A.  Yes.
11     Q.  Which documents did you look at?
12     A.  The complaint and the supporting documents, the
13 questionnaire.
14     Q.  Oh, the interrogatory answers?
15     A.  Interrogatory.
16     Q.  All right.  Look at anything else?
17     A.  No.
18     Q.  How long did you spend with your lawyers?
19     A.  I don't recall.
20     Q.  It was just this morning, so it couldn't have
21 been that long, right?
22     A.  Yes, correct.
23         MS. SMITH:  It wasn't just this morning.
24         THE WITNESS:  Oh.  The Friday, last Friday as
25 well.

Page 9

1  BY MR. VOLNEY:
2      Q.  Was that an in-person meeting?
3      A.  Yes.
4      Q.  How far is Costa Mesa from here?
5      A.  70 miles.
6      Q.  All right.  Tell me, Mr. Galitski, what is your
7  educational background?
8      A.  Some college.
9      Q.  Some college.  What do you do for a living?
10     A.  Computer operations, IT work.
11     Q.  What kind of IT work?
12     A.  Support, network and support users on the
13 network.  Basically looking at their computer, trying to
14 fix issues they are having.  As well as phone systems.
15     Q.  Do you work for a company that does that for a
16 number of different --
17     A.  No, it's for a financial firm.
18     Q.  What's the name of the financial firm?
19     A.  Finance 500.
20     Q.  What does Finance 500 do?
21     A.  They're a stock brokerage firm.
22     Q.  And they are located in Costa Mesa?
23     A.  They are located in Irvine, California.
24     Q.  All right.  Do you have any work experience
25 related to smart phones?

                                    3  (Pages 6 to 9)

SHANE GALITSKI                                                11/13/2013

Page 14

1   over everything that I had complained about with the phone
2   and then, you know, proceeded to say, "Would you like to
3   be part of a class?" And I agreed to it.
4       Q.  Okay.  Now, before you decided to become part of
5   the class with the Doyle Lowther firm representing you,
6   did you consult with any other lawyers?
7       A.  No.
8       Q.  Did you talk to any other law firms that handle
9   class actions?
10      A.  No.
11      Q.  Before you were contacted by Doyle Lowther and
12  asked if you might be part of a class, had you even
13  considered bringing a lawsuit against Samsung?
14      A.  I don't recall.
15      Q.  When was the first time you met your lawyers in
16  person?
17      A.  In person, last Friday.
18      Q.  Tell me -- one of the -- one of the things that
19  the court has to do in looking at whether the case should
20  be treated as a class is whether you are what they call an
21  adequate class representative.  So I'm going to ask you a
22  series of questions now about your understanding of what
23  is the class action process first and what your duties are
24  as a class representative.  So I'll ask you the first
25  question.  What is your understanding of the class action

Page 15

1   process?
2       MS. SMITH:  Objection; form.
3       THE WITNESS:  My -- okay.  My understanding is
4   I'm representing others in the State of California that
5   have the same Samsung Galaxy S phone with the same issues.
6   BY MR. VOLNEY:
7       Q.  Okay.  And what are you supposed to be doing as
8   the class representative?
9       A.  Communicating with the attorneys, giving you
10  know, out my information to them, keeping up to date with
11  what's going on with the class or, you know, the
12  proceedings.
13      Q.  Do you know whether you might have to travel to
14  Dallas to attend a class certification hearing?
15      A.  I do not.
16      Q.  Do you have any problem with that if you are
17  required to come to Texas to tell the court in person?
18      A.  I do not.
19      Q.  Now, let me back up.  I have a couple of
20  questions related to something that you told us before.
21  Do you remember the name of the forum or the website that
22  you originally were looking at where you filled out this
23  little form?
24      A.  I don't recall.
25      Q.  Was it a -- I mean, was it a -- well, you don't

Page 16

1   recall the name of the website.  Is there any identifying
2   details that you can give me so that I might try to locate
3   it?
4       A.  I don't recall at this point.  Honestly, I don't.
5       Q.  Did you post -- did you yourself post any
6   comments on the forum?
7       A.  If anything, it was just saying, you know, I'm
8   having this issue type of situation.
9       Q.  Let's assume for the moment you did post a
10  comment.  Was it just a complaint about the phone or was
11  it to try to seek some --
12      A.  Complain about the --
13      MS. SMITH:  Objection; form.
14      THE WITNESS:  Complaint about the form.
15  BY MR. VOLNEY:
16      Q.  Well, you weren't trying to get some advice on
17  how you might fix the phone, correct?
18      MS. SMITH:  Objection; form.
19      THE WITNESS:  No.
20  BY MR. VOLNEY:
21      Q.  Well, okay.  So we have a double negative problem
22  here.  Let me try again.  It's my fault for asking that
23  kind of question.
24      It's correct, is it not, that when you were --
25  that if you made a complaint on the forum, you were not

Page 17

1   doing so in order to find some fix for the phone, correct?
2       MS. SMITH:  Objection; form.  Sorry.
3       THE WITNESS:  Now I'm not understanding.
4   BY MR. VOLNEY:
5       Q.  Okay.  I think I've got a triple negative now.
6   So let's just move on.  I think I have the answer to my
7   question.
8       A.  Okay.
9       Q.  So how often -- I don't want to know the subject
10  matter, but how often do you communicate with your lawyers
11  about the status of the case?
12      A.  I'd say monthly, maybe every other month.
13      Q.  And how do you communicate with them?
14      A.  Via e-mail mostly.
15      Q.  Now, are you, as the class representative,
16  expecting to get any sort of extra compensation for your
17  hassle in being the class rep?
18      A.  No, I don't.
19      Q.  Have you received any sort of compensation up to
20  this point from your lawyers or from anyone else?
21      A.  No.
22      Q.  Did they pay for your hotel room last night?
23      A.  Yes.
24      Q.  Are they reimbursing for your gas?
25      A.  I'm not sure.

5  (Pages 14 to 17)

SHANE GALITSKI                                           11/13/2013

Page 18

1      Q.  Well, you might want to ask.  She's got a big wad
2  of cash over there.
3          So, tell me, what is your understanding of the
4  current status of the lawsuit?
5      A.  Pending getting the class certification.
6      Q.  Okay.  What I want to do now is I want to talk
7  about what your -- what your beef is with Samsung.  So,
8  tell me, why is it that you, Shane Galitski, have sued
9  Samsung?
10         MS. SMITH:  Objection; form.
11         THE WITNESS:  The phone has a manufacturer defect
12 that causes it to continuously cycle or reboot and/or
13 freeze the phone where it's unresponsive.
14 BY MR. VOLNEY:
15     Q.  Any other reason?
16     A.  I have had other significant issues with the
17 phone as far as the Samsung screen, the phone screen got
18 burned in by its -- Samsung's own desktop charger.
19     Q.  All right.  What else?
20     A.  And I've had issues with -- reportedly I've
21 caused water damage where I have not.
22     Q.  All right.  Anything else?
23     A.  No.
24     Q.  We're going to talk about all of these issues,
25 but let me see where we are.  So was the Samsung Galaxy S

Page 19

1  phone, who was your -- sorry.  Were you a Sprint customer?
2      A.  I was with Sprint, yes.
3      Q.  Were you with Sprint before you got the Galaxy S?
4      A.  Yes.
5      Q.  Was the -- I take it the Sprint model of the
6  Galaxy S is called, what, the Epic 4G?
7      A.  Yes.
8      Q.  Is that the model of phone you had?
9      A.  Yes.
10     Q.  And for how long did you use the Epic 4G?
11     A.  Approximately two years.
12     Q.  And was the Epic 4G your first smart phone?
13     A.  No.
14     Q.  What smart phone did you own before the Epic 4G?
15     A.  I'm not sure of the name.  It was a Windows-based
16 phone prior to that.
17     Q.  Why did you decide to change from the
18 Windows-based phone to the Epic 4G?
19     A.  The Android software system.
20     Q.  Why were you interested in getting an Android
21 phone?
22     A.  At that time, the popularity of it, the apps, the
23 usability of it, being a smart phone.
24     Q.  All right.  So let's talk about when did you --
25 do you recall when you purchased the phone and from whom

Page 20

1  you purchased it?
2      A.  Purchased the phone October 1st, 2010 --
3      Q.  All right.
4      A.  -- directly from Sprint.
5      Q.  Did you do any research before you bought the
6  phone?
7      A.  I don't recall.
8      Q.  Do you recall looking at Samsung's website before
9  you bought the phone?
10     A.  I don't recall.
11     Q.  When you went to the Sprint store in October of
12 2010, had you already decided you were going to buy that
13 Epic 4G?
14     A.  Yes.
15     Q.  And what motivated your decision to buy the Epic
16 4G?
17     A.  It had -- on the Sprint side, the Epic 4G
18 actually had the slide-out keyboard.
19     Q.  All right.
20     A.  And just at that time I believe it was new, like
21 the newest, you know, feature phone out there, Android
22 phone out there.
23     Q.  Uh-huh.  Any other reasons?
24     A.  Not that I can recall.
25     Q.  Would you describe for me, did you have any --

Page 21

1  any interaction with a Sprint salesperson?
2      A.  No, I don't believe so.
3      Q.  So that salesperson at Sprint didn't make any
4  representations to you about the phone.
5      A.  No, I don't believe so.
6      Q.  So is it fair to say when you walked into the
7  Sprint store, you had already decided you were going
8  to buy the Epic 4G?
9      A.  Yes.
10     Q.  Okay.  Do you recall, sitting here today, whether
11 you saw any Samsung advertisements before you bought the
12 Epic 4G?
13     A.  I don't recall.
14     Q.  And I think you told me that you didn't -- did
15 not look at Samsung's website?
16     A.  I don't believe so.  I don't recall.
17     Q.  Were you a long-time Sprint customer before
18 purchasing Epic 4G?
19     A.  Yes.
20     Q.  Are you still a Sprint customer?
21     A.  Yes.
22     Q.  Did you enter into an extended service agreement
23 with Sprint when you purchased the Epic 4G?
24     A.  Yes.
25     Q.  Why, do you like Sprint?

6 (Pages 18 to 21)

Exhibit IIII.

# Population Distribution and Change: 2000 to 2010

*2010 Census Briefs*

Issued March 2011

C2010BR-01

By
Paul Mackun
and
Steven Wilson

(With Thomas Fischetti
and Justyna Goworowska)

## INTRODUCTION

The 2010 Census reported 308.7 million people in the United States, a 9.7 percent increase from the Census 2000 population of 281.4 million. This report discusses population change between 2000 and 2010 for several geographic levels, including regions, states, metropolitan and micropolitan statistical areas, counties, and places.

## NATIONAL AND REGIONAL CHANGE

The increase of 9.7 percent over the last decade was lower than the 13.2 percent increase for the 1990s and comparable to the growth during the 1980s of 9.8 percent (Figure 1). Since 1900, only the 1930s experienced a lower growth rate (7.3 percent) than this past decade.[1]

From 2000 to 2010, regional growth was much faster for the South and West (14.3 and 13.8 percent, respectively) than for the Midwest (3.9 percent) and Northeast (3.2 percent)



Figure 1.
**U.S. Population Change: 1950–1960 to 2000–2010**
(For more information on confidentiality protection, nonsampling error, and definitions, see *www.census.gov/prod/cen2010/doc/pl94-171.pdf*)

Legend:
- Growth (in millions)
- *Percentage change*

| Period | Growth (in millions) | Percentage change |
|---|---|---|
| 1950–1960 | 28.0 | 18.5 |
| 1960–1970 | 23.9 | 13.3 |
| 1970–1980 | 23.3 | 11.5 |
| 1980–1990 | 22.2 | 9.8 |
| 1990–2000 | 32.7 | 13.2 |
| 2000–2010 | 27.3 | 9.7 |

Note: Change for 1950–1960 includes the populations of Alaska and Hawaii in the U.S. total, although they were not U.S. states at the time of the 1950 census.

Source: U.S. Census Bureau, 2010 Census; Census 2000; Frank Hobbs and Nicole Stoops, *Demographic Trends in the 20th Century*, Census 2000 Special Reports, CENSR-4, U.S. Census Bureau, Washington, DC, 2002; and Richard L. Forstall, *Population of States and Counties of the United States: 1790 to 1990*, U.S. Census Bureau, Washington, DC, 1996.

(Table 1, Figure 2). The South grew by 14.3 million over the decade to 114.6 million people, while the West increased by 8.7 million to reach 71.9 million people—surpassing the population of the Midwest. The Midwest gained 2.5 million, increasing that region's population to 66.9 million, and the Northeast's gain of 1.7 million brought that region's

[1] References to historical data in the report are based on the Census 2000 PHC-T series <www.census.gov/population/www/cen2000/briefs/tablist.html>; Frank Hobbs and Nicole Stoops, *Demographic Trends in the 20th Century*, Census 2000 Special Reports, CENSR-4, U.S. Census Bureau, Washington, DC, 2002; and Richard L. Forstall, *Population of States and Counties of the United States: 1790 to 1990*, U.S. Census Bureau, Washington, DC, 1996. National historical data calculations before 1960 include Alaska and Hawaii.



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU

APP. 1202

Table 1.
## Population Change for the United States, Regions, States, and Puerto Rico: 2000 to 2010

(For information on confidentiality protection, nonsampling error, and definitions, see *www.census.gov/prod/cen2010/doc/pl94-171.pdf*)

| Area | Population | | Change | |
|---|---|---|---|---|
| | 2000 | 2010 | Number | Percent |
| **United States** | **281,421,906** | **308,745,538** | **27,323,632** | **9.7** |
| **REGION** | | | | |
| Northeast | 53,594,378 | 55,317,240 | 1,722,862 | 3.2 |
| Midwest | 64,392,776 | 66,927,001 | 2,534,225 | 3.9 |
| South | 100,236,820 | 114,555,744 | 14,318,924 | 14.3 |
| West | 63,197,932 | 71,945,553 | 8,747,621 | 13.8 |
| **STATE** | | | | |
| Alabama | 4,447,100 | 4,779,736 | 332,636 | 7.5 |
| Alaska | 626,932 | 710,231 | 83,299 | 13.3 |
| Arizona | 5,130,632 | 6,392,017 | 1,261,385 | 24.6 |
| Arkansas | 2,673,400 | 2,915,918 | 242,518 | 9.1 |
| California | 33,871,648 | 37,253,956 | 3,382,308 | 10.0 |
| Colorado | 4,301,261 | 5,029,196 | 727,935 | 16.9 |
| Connecticut | 3,405,565 | 3,574,097 | 168,532 | 4.9 |
| Delaware | 783,600 | 897,934 | 114,334 | 14.6 |
| District of Columbia | 572,059 | 601,723 | 29,664 | 5.2 |
| Florida | 15,982,378 | 18,801,310 | 2,818,932 | 17.6 |
| Georgia | 8,186,453 | 9,687,653 | 1,501,200 | 18.3 |
| Hawaii | 1,211,537 | 1,360,301 | 148,764 | 12.3 |
| Idaho | 1,293,953 | 1,567,582 | 273,629 | 21.1 |
| Illinois | 12,419,293 | 12,830,632 | 411,339 | 3.3 |
| Indiana | 6,080,485 | 6,483,802 | 403,317 | 6.6 |
| Iowa | 2,926,324 | 3,046,355 | 120,031 | 4.1 |
| Kansas | 2,688,418 | 2,853,118 | 164,700 | 6.1 |
| Kentucky | 4,041,769 | 4,339,367 | 297,598 | 7.4 |
| Louisiana | 4,468,976 | 4,533,372 | 64,396 | 1.4 |
| Maine | 1,274,923 | 1,328,361 | 53,438 | 4.2 |
| Maryland | 5,296,486 | 5,773,552 | 477,066 | 9.0 |
| Massachusetts | 6,349,097 | 6,547,629 | 198,532 | 3.1 |
| Michigan | 9,938,444 | 9,883,640 | −54,804 | −0.6 |
| Minnesota | 4,919,479 | 5,303,925 | 384,446 | 7.8 |
| Mississippi | 2,844,658 | 2,967,297 | 122,639 | 4.3 |
| Missouri | 5,595,211 | 5,988,927 | 393,716 | 7.0 |
| Montana | 902,195 | 989,415 | 87,220 | 9.7 |
| Nebraska | 1,711,263 | 1,826,341 | 115,078 | 6.7 |
| Nevada | 1,998,257 | 2,700,551 | 702,294 | 35.1 |
| New Hampshire | 1,235,786 | 1,316,470 | 80,684 | 6.5 |
| New Jersey | 8,414,350 | 8,791,894 | 377,544 | 4.5 |
| New Mexico | 1,819,046 | 2,059,179 | 240,133 | 13.2 |
| New York | 18,976,457 | 19,378,102 | 401,645 | 2.1 |
| North Carolina | 8,049,313 | 9,535,483 | 1,486,170 | 18.5 |
| North Dakota | 642,200 | 672,591 | 30,391 | 4.7 |
| Ohio | 11,353,140 | 11,536,504 | 183,364 | 1.6 |
| Oklahoma | 3,450,654 | 3,751,351 | 300,697 | 8.7 |
| Oregon | 3,421,399 | 3,831,074 | 409,675 | 12.0 |
| Pennsylvania | 12,281,054 | 12,702,379 | 421,325 | 3.4 |
| Rhode Island | 1,048,319 | 1,052,567 | 4,248 | 0.4 |
| South Carolina | 4,012,012 | 4,625,364 | 613,352 | 15.3 |
| South Dakota | 754,844 | 814,180 | 59,336 | 7.9 |
| Tennessee | 5,689,283 | 6,346,105 | 656,822 | 11.5 |
| Texas | 20,851,820 | 25,145,561 | 4,293,741 | 20.6 |
| Utah | 2,233,169 | 2,763,885 | 530,716 | 23.8 |
| Vermont | 608,827 | 625,741 | 16,914 | 2.8 |
| Virginia | 7,078,515 | 8,001,024 | 922,509 | 13.0 |
| Washington | 5,894,121 | 6,724,540 | 830,419 | 14.1 |
| West Virginia | 1,808,344 | 1,852,994 | 44,650 | 2.5 |
| Wisconsin | 5,363,675 | 5,686,986 | 323,311 | 6.0 |
| Wyoming | 493,782 | 563,626 | 69,844 | 14.1 |
| **Puerto Rico** | **3,808,610** | **3,725,789** | **−82,821** | **−2.2** |

Source: U.S. Census Bureau, 2010 Census and Census 2000.

population to 55.3 million. Overall, the South and West accounted for 84.4 percent of the U.S. population increase from 2000 to 2010, an increase from their 77.0 percent share of the total change from 1990 to 2000.

## STATE-LEVEL CHANGE

Nevada was the fastest-growing state between 2000 and 2010, growing by 35.1 percent (Table 1). It was followed by Arizona (24.6 percent), Utah (23.8 percent), Idaho (21.1 percent), and Texas (20.6 percent). Rhode Island, Louisiana, and Ohio were the slowest-increasing states, all of which grew by less than 2.0 percent. Unlike the 1990s in which every state grew, one state (Michigan) declined over this decade, losing 0.6 percent of its population.[2] (Puerto Rico's population declined by 2.2 percent to 3.7 million people.)

Between 2000 and 2010, Texas experienced the highest numeric increase, up by 4.3 million people. California, which had the largest population increase in the previous decade, increased by 3.4 million over the same period; followed by Florida (2.8 million), Georgia (1.5 million), North Carolina (1.5 million), and Arizona (1.3 million). These six states, which were the only states to gain over a million people during the decade, accounted for over half (54.0 percent) of the overall increase for the United States.

The concentration of high percentage changes among the western and southern states maintains a pattern from recent decades (Figure 3). Nevada is the only state that has maintained a growth rate of 25.0 percent or greater for the last three decades; it has been the fastest-growing state for five

[2] The District of Columbia's population declined between 1990 and 2000.

APP. 1203



Figure 2.
**Regions and States: 2010**

Source: U.S. Census Bureau, 2010 Census.

2010, the fifth straight decade it has grown at a rate faster than any other state in the Northeast. Whereas New York and New Jersey had the largest numeric gains in the region in the 1990s, Pennsylvania gained the most population in the region between 2000 and 2010, increasing by 421,000 people.

South Dakota, growing by 7.9 percent between 2000 and 2010, was the fastest-growing state in the Midwest during this period—replacing Minnesota, which had been the fastest-growing state over the previous three decades. Illinois and Indiana had the largest numeric increases in that region over the decade, increasing by 411,000 and 403,000, respectively.

## MOST POPULOUS STATES

The ten most populous states contained 54.0 percent of the U.S. population in 2010 (similar to the percentage in 2000) with one-fourth (26.5 percent) of the U.S. population in the three largest states: California (the most populous state since the 1970 Census), Texas, and New York. These three states had April 1, 2010, populations of

straight decades. Six states, including five in the West, grew by 25.0 percent or more between 1990 and 2000. Wyoming, after having lost population between 1980 and 1990, has grown over the past two decades, surpassing the national level between 2000 and

2010. Between 2000 and 2010, the District of Columbia experienced its first decennial population increase since the 1940s, increasing by 5.2 percent to surpass 600,000 people.

New Hampshire increased by 6.5 percent between 2000 and



Figure 3.
**Percentage Change in Population by State and Decade: 1980–1990 to 2000–2010**
(For information on confidentiality protection, nonsampling error, and definitions, see www.census.gov/prod/cen2010/doc/pl94-171.pdf)

Percentage
25.0 or more
10.0 to 24.9
0.0 to 9.9
Less than 0.0

1980–1990    U.S. change = 9.8

1990–2000    U.S. change = 13.2

2000–2010    U.S. change = 9.7

Source: U.S. Census Bureau, 2010 Census, Census 2000, 1990 Census, and 1980 Census.

APP. 1204

37.3 million, 25.1 million, and 19.4 million, respectively. The next seven most populous states—Florida, Illinois, Pennsylvania, Ohio, Michigan, Georgia, and North Carolina—contained an additional 27.5 percent of the population. Nine of the ten largest states in 2000 were also among the ten largest in 2010. North Carolina, which was the eleventh largest state in 2000, moved into the top ten for 2010 (tenth largest)—replacing New Jersey, which fell from ninth largest in 2000 to eleventh in 2010.

The ten most populous and the ten least populous states are distributed among the four regions. The South contained the greatest number (four) of the ten largest states, with three others in the Midwest, two in the Northeast, and one in the West. Furthermore, the Northeast contained four of the ten least populous states (Maine, New Hampshire, Rhode Island, and Vermont), with three others in the West (Alaska, Montana, and Wyoming), two in the Midwest (North Dakota and South Dakota), and one in the South (Delaware).

## METROPOLITAN AND MICROPOLITAN STATISTICAL AREAS

Over four-fifths (83.7 percent) of the U.S. population in 2010 lived in the nation's 366 metro areas, and another one-tenth (10.0 percent)

**Metropolitan and micropolitan statistical areas**—metro and micro areas—are geographic entities defined by the U.S. Office of Management and Budget for use by federal statistical agencies in collecting, tabulating, and publishing federal statistics. Metro and micro areas are collectively known as core based statistical areas (CBSAs). A metro area contains a core urban area population of 50,000 or more. A micro area contains a core urban area population of at least 10,000 (but less than 50,000). Each metro or micro area consists of one or more counties and includes the counties containing the core urban area, as well as any adjacent counties that have a high degree of social and economic integration (as measured by commuting to work) with the urban core.

of the population resided in the nation's 576 micro areas (Table 2). Metro areas grew almost twice as fast as micro areas, 10.8 percent compared to 5.9 percent. Population growth of at least twice the national rate occurred in many metro and micro areas, such as some areas in parts of California, Nevada, Arizona, Texas, Florida, and the Carolinas. No metro area in the West region declined (Figure 4).

All ten of the most populous metro areas in 2010 grew over the decade, with Houston, Atlanta, and Dallas-Fort Worth (26.1 percent, 24.0 percent, and 23.4 percent, respectively) the fastest-growing among them (Table 3). The Atlanta metro area accounted for over one-half (54.4 percent) of Georgia's 2010 population and over two-thirds (68.0 percent) of the state's population growth during the last decade. In addition, the Houston

and Dallas-Fort Worth metro areas together accounted for almost one-half (49.0 percent) of Texas' population and over one-half (56.9 percent) of its population growth.

Two other top-ten metro areas experienced double-digit growth: Washington, DC (16.4 percent) and Miami (11.1 percent). The New York metro area, with a population of 18.9 million (6.1 percent of the U.S. population), and Los Angeles, with a population of 12.8 million (4.2 percent of the U.S. population), were the two most populous metro areas in the nation. Combined, approximately 1 of every 10 people in the United States lived in either the New York or Los Angeles metro areas in 2010.

Among all 366 metro areas, Palm Coast, FL, was the fastest-growing between 2000 and 2010 (up 92.0 percent), followed by St. George, UT, (up 52.9 percent), and by three

Table 2.
## Population by Core Based Statistical Area (CBSA) Status: 2000 and 2010

(For information on confidentiality protection, nonsampling error, and definitions, see *www.census.gov/prod/cen2010/doc/pl94-171.pdf*)

| Area | Population | | Share of U.S. population | | Change | |
|---|---|---|---|---|---|---|
| | 2000 | 2010 | 2000 | 2010 | Number | Percent |
| **United States** . . . . . . . . . . . . . . . . . . . . . | **281,421,906** | **308,745,538** | **100.0** | **100.0** | **27,323,632** | **9.7** |
| Inside CBSA . . . . . . . . . . . . . . . . . . . . . . . . | 262,290,227 | 289,261,315 | 93.2 | 93.7 | 26,971,088 | 10.3 |
| Metropolitan . . . . . . . . . . . . . . . . . . . . . . . | 233,069,827 | 258,317,763 | 82.8 | 83.7 | 25,247,936 | 10.8 |
| Micropolitan . . . . . . . . . . . . . . . . . . . . . . . | 29,220,400 | 30,943,552 | 10.4 | 10.0 | 1,723,152 | 5.9 |
| Outside CBSA . . . . . . . . . . . . . . . . . . . . . . . | 19,131,679 | 19,484,223 | 6.8 | 6.3 | 352,544 | 1.8 |

Note: Metropolitan and micropolitan statistical areas defined by the Office of Management and Budget as of December 2009.

Source:  U.S. Census Bureau, 2010 Census and Census 2000.

APP. 1205



Figure 4.

**Percentage Change in Metropolitan and Micropolitan Statistical Area Population: 2000 to 2010**

(For information on confidentiality protection, nonsampling error, and definitions, see www.census.gov/prod/cen2010/doc/pl94-171.pdf)

Percentage change

Metropolitan statistical area
- 19.4 or more
- 9.7 to 19.3
- 0.0 to 9.6
- Less than 0.0

Micropolitan statistical area
- 19.4 or more
- 9.7 to 19.3
- 0.0 to 9.6
- Less than 0.0

U.S. total population percentage increase: 9.7

Note: Metropolitan and micropolitan statistical areas defined by the Office of Management and Budget as of December 2009. Broomfield County, CO, was formed from parts of Adams, Boulder, Jefferson, and Weld Counties, CO, on November 15, 2001, and was coextensive with Broomfield city. For purposes of presenting data for metropolitan and micropolitan statistical areas, Broomfield is treated as if it were a county at the time of Census 2000.

Source: U.S. Census Bureau, 2010 Census and Census 2000.

other areas with population growth rates over 40.0 percent: Las Vegas, Raleigh, and Cape Coral (Table 3).

The ten fastest-growing metro areas included both large and small metro areas, ranging from three areas with 2010 populations of more than 1.0 million (Las Vegas, Austin, and Raleigh) to one below 100,000 (Palm Coast, FL). The Las Vegas metro area accounted for almost three-quarters (72.3 percent) of Nevada's 2010 population and over four-fifths (81.9 percent) of the state's growth.

Many of the fast-growing micro areas were located near fast-growing metro areas. Likewise, many of the micro areas that were slow-growing or declining were

located near slow-growing or declining metro areas.

## COUNTIES

Almost two-thirds of the nation's 3,143 counties gained population between 2000 and 2010. Most counties along the Pacific, Atlantic, and Gulf Coasts grew between 2000 and 2010, as did most counties adjacent to the southern U.S. border (Figure 5). Furthermore, many counties in the South—such as those in parts of Florida, northern Georgia, North Carolina, Virginia, and the eastern half of Texas—experienced growth at or above 10 percent. In the West, all counties in Utah experienced population growth in the last decade, with some of those gains being

25 percent or more. Most New England counties grew, but most of these increased at rates below 10 percent.[3]

The counties that lost population were mostly regionally clustered and mirrored decades of population loss for those areas; for example, many Appalachian counties in eastern Kentucky and West Virginia; many Great Plains counties in the Dakotas, Kansas, Nebraska, and Texas; and a group of counties in and around the Mississippi Delta saw population declines. In addition, many counties along the Great Lakes and on the northern U.S.

---

[3] New England consists of Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, and Connecticut.

APP. 1206

Table 3.
## Population Change for the Ten Most Populous and Ten Fastest-Growing Metropolitan Statistical Areas: 2000 to 2010
(For information on confidentiality protection, nonsampling error, and definitions, see *www.census.gov/prod/cen2010/doc/pl94-171.pdf*)

| Metropolitan statistical area | Population | | Change | |
|---|---|---|---|---|
| | 2000 | 2010 | Number | Percent |
| **MOST POPULOUS** | | | | |
| New York-Northern New Jersey-Long Island, NY-NJ-PA | 18,323,002 | 18,897,109 | 574,107 | 3.1 |
| Los Angeles-Long Beach-Santa Ana, CA | 12,365,627 | 12,828,837 | 463,210 | 3.7 |
| Chicago-Joliet-Naperville, IL-IN-WI | 9,098,316 | 9,461,105 | 362,789 | 4.0 |
| Dallas-Fort Worth-Arlington, TX | 5,161,544 | 6,371,773 | 1,210,229 | 23.4 |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 5,687,147 | 5,965,343 | 278,196 | 4.9 |
| Houston-Sugar Land-Baytown, TX | 4,715,407 | 5,946,800 | 1,231,393 | 26.1 |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 4,796,183 | 5,582,170 | 785,987 | 16.4 |
| Miami-Fort Lauderdale-Pompano Beach, FL | 5,007,564 | 5,564,635 | 557,071 | 11.1 |
| Atlanta-Sandy Springs-Marietta, GA | 4,247,981 | 5,268,860 | 1,020,879 | 24.0 |
| Boston-Cambridge-Quincy, MA-NH | 4,391,344 | 4,552,402 | 161,058 | 3.7 |
| **FASTEST-GROWING** | | | | |
| Palm Coast, FL | 49,832 | 95,696 | 45,864 | 92.0 |
| St. George, UT | 90,354 | 138,115 | 47,761 | 52.9 |
| Las Vegas-Paradise, NV | 1,375,765 | 1,951,269 | 575,504 | 41.8 |
| Raleigh-Cary, NC | 797,071 | 1,130,490 | 333,419 | 41.8 |
| Cape Coral-Fort Myers, FL | 440,888 | 618,754 | 177,866 | 40.3 |
| Provo-Orem, UT | 376,774 | 526,810 | 150,036 | 39.8 |
| Greeley, CO | 180,926 | 252,825 | 71,899 | 39.7 |
| Austin-Round Rock-San Marcos, TX | 1,249,763 | 1,716,289 | 466,526 | 37.3 |
| Myrtle Beach-North Myrtle Beach-Conway, SC | 196,629 | 269,291 | 72,662 | 37.0 |
| Bend, OR | 115,367 | 157,733 | 42,366 | 36.7 |

Note: The full names of the metropolitan statistical areas are shown in this table; abbreviated versions of the names are shown in the text.
Source: U.S. Census Bureau, 2010 Census and Census 2000.

border either lost population or grew below 10 percent.

Some counties in midwestern metro areas grew rapidly (50 percent or more), even though the surrounding counties grew more slowly or declined. Examples include (metro area in parentheses): Delaware County, OH, (Columbus); Hamilton County, IN, (Indianapolis); Kendall County, IL, (Chicago), and Dallas County, IA, (Des Moines).

Some counties with the largest numeric gains in population contained large cities, such as Phoenix and Houston. Some of the largest numeric losses also occurred in counties containing or coextensive with large cities, such as Detroit, Chicago, Cleveland, Pittsburgh, Buffalo, Baltimore, St. Louis, and New Orleans. Not surprisingly, many of the counties with large numeric change were also the ones with large populations (Figure 6), such as some counties in parts of

California, Arizona, Texas, Florida, and in the corridor from Boston to Washington, DC. In contrast to the many large counties found in California, for example, the most populous counties in states such as Montana, Wyoming, and the Dakotas were much smaller. In fact, none of these four states contained a county with a 2010 Census population of 200,000 or more. Montana and South Dakota each possessed only two counties with populations of 100,000 or more; North Dakota only contained one; and Wyoming did not have any county of that population size.

Los Angeles County, CA, with a population of 9.8 million, remained the most populous county in the United States since 1960, followed by Cook County, IL, (containing Chicago), and Harris County, TX, (containing Houston) (Table 4). Nine of the ten largest counties grew, led

by Maricopa County, AZ, (containing Phoenix) and Harris County, TX, with rates of 24.2 and 20.3 percent, respectively. Cook County, IL, was the exception, declining by 3.4 percent.

In 2010, Maricopa County contained 59.7 percent of Arizona's population and accounted for 59.1 percent of the state's growth between 2000 and 2010. Large counties in other states also accounted for large portions of their state's population and growth. For example, the two Texas counties (Harris and Dallas) that were among the ten largest nationally accounted for over one-quarter (25.7 percent) of the population of the nation's second-largest state and 19.6 percent of its growth.

As with the largest counties and those with the largest numeric gains, many of the fastest-growing counties with a Census 2000 population of 10,000 or more were

APP. 1207



Figure 5.
## Change in Population by County: 2000 to 2010
(For information on confidentiality protection, nonsampling error, and definitions, see
*www.census.gov/prod/cen2010/doc/pl94-171.pdf*)

**Numeric Change**

Number
- 40,000 or more
- 20,000 to 39,999
- 10,000 to 19,999
- 0 to 9,999
- −1 to −9,999
- Less than −9,999
- Comparable data not available

**Percentage Change**

Percentage
- 50.0 or more
- 25.0 to 49.9
- 10.0 to 24.9
- 0.0 to 9.9
- −9.9 to −0.0
- Less than −9.9
- Comparable data not available

U.S. change: 9.7 percent

Source: U.S. Census Bureau, 2010 Census and Census 2000.

APP. 1208



Figure 6.

**Population Distribution by County: 2010**

The area of each diamond symbol is proportioned to the number of people in a county. The legend presents example symbol sizes from the many symbols shown on the map.

(For information on confidentiality protection, nonsampling error, and definitions, see *www.census.gov/prod/cen2010/doc/pl94-171.pdf*)

Number of people

10,000,000
5,000,000
1,000,000
100,000

Source: U.S. Census Bureau, 2010 Census.

0   200 Miles

0   100 Miles

0   100 Miles

0   100 Miles

0   50 Miles

Table 4.

## Population Change for the Ten Most Populous and Ten Fastest-Growing Counties: 2000 to 2010

(For information on confidentiality protection, nonsampling error, and definitions, see *www.census.gov/prod/cen2010/doc/pl94-171.pdf*)

| County | Population | | Change | |
|---|---|---|---|---|
| | 2000 | 2010 | Number | Percent |
| **MOST POPULOUS** | | | | |
| Los Angeles, CA . . . . . . . . . . . . . . | 9,519,338 | 9,818,605 | 299,267 | 3.1 |
| Cook, IL. . . . . . . . . . . . . . . . . . . . | 5,376,741 | 5,194,675 | −182,066 | −3.4 |
| Harris, TX. . . . . . . . . . . . . . . . . . . | 3,400,578 | 4,092,459 | 691,881 | 20.3 |
| Maricopa, AZ. . . . . . . . . . . . . . . . | 3,072,149 | 3,817,117 | 744,968 | 24.2 |
| San Diego, CA. . . . . . . . . . . . . . . | 2,813,833 | 3,095,313 | 281,480 | 10.0 |
| Orange, CA . . . . . . . . . . . . . . . . . | 2,846,289 | 3,010,232 | 163,943 | 5.8 |
| Kings, NY. . . . . . . . . . . . . . . . . . . | 2,465,326 | 2,504,700 | 39,374 | 1.6 |
| Miami-Dade, FL. . . . . . . . . . . . . . | 2,253,362 | 2,496,435 | 243,073 | 10.8 |
| Dallas, TX. . . . . . . . . . . . . . . . . . . | 2,218,899 | 2,368,139 | 149,240 | 6.7 |
| Queens, NY. . . . . . . . . . . . . . . . . | 2,229,379 | 2,230,722 | 1,343 | 0.1 |
| | | | | |
| **FASTEST-GROWING**[1] | | | | |
| Kendall, IL . . . . . . . . . . . . . . . . . . | 54,544 | 114,736 | 60,192 | 110.4 |
| Pinal, AZ . . . . . . . . . . . . . . . . . . . | 179,727 | 375,770 | 196,043 | 109.1 |
| Flagler, FL . . . . . . . . . . . . . . . . . . | 49,832 | 95,696 | 45,864 | 92.0 |
| Lincoln, SD . . . . . . . . . . . . . . . . . | 24,131 | 44,828 | 20,697 | 85.8 |
| Loudoun, VA . . . . . . . . . . . . . . . . | 169,599 | 312,311 | 142,712 | 84.1 |
| Rockwall, TX . . . . . . . . . . . . . . . . | 43,080 | 78,337 | 35,257 | 81.8 |
| Forsyth, GA . . . . . . . . . . . . . . . . . | 98,407 | 175,511 | 77,104 | 78.4 |
| Sumter, FL. . . . . . . . . . . . . . . . . . | 53,345 | 93,420 | 40,075 | 75.1 |
| Paulding, GA . . . . . . . . . . . . . . . . | 81,678 | 142,324 | 60,646 | 74.3 |
| Henry, GA . . . . . . . . . . . . . . . . . . | 119,341 | 203,922 | 84,581 | 70.9 |

[1] Among counties with Census 2000 populations of 10,000 or more.

Source: U.S. Census Bureau, 2010 Census and Census 2000.

in metro areas. Two counties with Census 2000 populations of 10,000 or greater more than doubled their populations between 2000 and 2010 (metro area in parentheses): Kendall County, IL, (Chicago) and Pinal County, AZ, (Phoenix) (Table 4). In comparison, three counties with 1990 populations of 10,000 or greater more than doubled their populations between 1990 and 2000: Douglas County, CO, (Denver); Forsyth County, GA; and Henry County, GA (Atlanta).

Another six counties in this size range experienced growth rates between 75 percent and 100 percent between 2000 and 2010: Flagler County, FL, (Palm Coast); Lincoln County, SD, (Sioux Falls); Loudoun County, VA, (Washington, DC); Rockwall County, TX, (Dallas-Fort Worth); Forsyth County, GA, (Atlanta); and Sumter County, FL,

(located in a micro area to the west of Orlando).

Population density for counties continued to vary widely across the country in 2010 (Figure 7). Counties in the Northeast and South were generally more densely populated than many of the counties in the Midwest and West, which contained numerous counties with densities lower than 10 people per square mile. The highest densities included some of the counties along the Atlantic, Pacific, and Gulf coasts, some counties adjacent to the Great Lakes, and some counties in western North Carolina, western South Carolina, and northern Georgia, among others. An almost unbroken chain of coastal counties with population densities of 300 people per square mile or more runs from New Hampshire through northern Virginia.

## PLACES

In this section, we examine population change from 2000 to 2010 for incorporated places that had populations of 10,000 or more in Census 2000. Nine of the ten most populous cities gained population this past decade (Table 5). Led by New York (8.2 million), Los Angeles (3.8 million), and Chicago (2.7 million), the six most populous cities kept their same rank as in 2000; fourth-ranked Houston surpassed the 2 million mark during the decade. San Antonio—which had the largest numeric increase and the largest percentage increase among the top ten—moved ahead of San Diego and Dallas into seventh place, while San Jose replaced Detroit as the tenth most populous city. Chicago, which had grown between 1990 and 2000, was the only top-ten city in 2010 to experience decline over the decade (−6.9 percent), while Philadelphia's gain between 2000 and 2010 was its first decennial gain since the 1940–1950 period. The seven cities that were not only in the top ten in both 2000 and 2010, but also grew between 1990–2000 and 2000–2010 (New York, Los Angeles, Houston, Phoenix, San Antonio, San Diego, and Dallas) experienced smaller numeric and percentage increases between 2000 and 2010 than they did between 1990 and 2000.[4] Furthermore, the cumulative gain between 2000 and 2010 for the ten largest cities (including the loss for Chicago) was approximately 670,000, which was less than the roughly 686,000 gain for New York alone from 1990 to 2000.

Of incorporated places with Census 2000 populations of 10,000 or greater, nine of the ten fastest-growing ones between 2000 and

---

[4] Philadelphia was in the top ten between 1990 and 2000 but declined over that decade.



Figure 7.
**Population Density by County: 2010**
(For information on confidentiality protection, nonsampling error, and definitions, see *www.census.gov/prod/cen2010/doc/pl94-171.pdf*)

Average number of people

- 300.0 or more
- 200.0 to 299.9
- 100.0 to 199.9
- 50.0 to 99.9
- 10.0 to 49.9
- Less than 10.0

U.S. density: 87.4

Note: Population density expressed as average number of people per square mile of land area.
Source: U.S. Census Bureau, 2010 Census.

2010 were located in either western or southern states—one was located in the Midwest (Plainfield, IL)—and all ten were located in metro areas with 2010 Census populations of 1 million or more (metro area in parentheses): Lincoln, CA, (Sacramento); Surprise, AZ, and Goodyear, AZ, (Phoenix); Frisco, TX, and Wylie, TX, (Dallas-Fort Worth); Beaumont, CA, (Riverside-San Bernardino); Plainfield, IL, (Chicago); Louisville/Jefferson County, KY (Louisville/Jefferson County); Pflugerville, TX, (Austin); and Indian Trail, NC, (Charlotte).  Six of the places more than tripled their populations between 2000 and 2010: Lincoln (282.1 percent); Surprise (281.0 percent); Frisco (247.0 percent); Goodyear (245.2 percent); Beaumont (223.9 percent); and Plainfield (203.6 percent). The next four places grew between 170 and 190 percent.

## METHODOLOGY AND SOURCES OF DATA

This report used decennial census data primarily for the years 1990, 2000, and 2010. The population universe is the resident population of the United States (50 states and the District of Columbia) and Puerto Rico. All derived values were computed using unrounded data. For readability, most whole numbers in the text are expressed in millions or rounded to the nearest hundred or thousand, and percentages are rounded to tenths. In the tables, whole numbers are unrounded and percentages are rounded to the nearest tenth. In the maps, data are

categorized based on unrounded percentages. In Figure 5 and the tables, numeric and percentage change for counties are only calculated for the universe of counties that existed in both Census 2000 and the 2010 Census.

## FOR MORE INFORMATION

Data for state and local areas from the *2010 Census Redistricting Data (Public Law 94-171) Summary File* are available on the Internet at <http://factfinder2.census .gov/main.html> and on DVD. For more information on confidentiality protection, nonsampling error, and definitions, see <www.census .gov/prod/cen2010/doc/pl94 -171.pdf>. For more information on metropolitan and micropolitan statistical areas, including concepts,

APP. 1211

Table 5.
## Population Change for the Ten Most Populous and Ten Fastest-Growing Incorporated Places: 2000 to 2010

(For information on confidentiality protection, nonsampling error, and definitions, see *www.census.gov/prod/cen2010/doc/pl94-171.pdf*)

| Place | Population | | Change | |
|---|---|---|---|---|
| | 2000 | 2010 | Number | Percent |
| **MOST POPULOUS** | | | | |
| New York city, NY . . . . . . . . . . | 8,008,278 | 8,175,133 | 166,855 | 2.1 |
| Los Angeles city, CA . . . . . . . . | 3,694,820 | 3,792,621 | 97,801 | 2.6 |
| Chicago city, IL . . . . . . . . . . . | 2,896,016 | 2,695,598 | −200,418 | −6.9 |
| Houston city, TX. . . . . . . . . . . | 1,953,631 | 2,099,451 | 145,820 | 7.5 |
| Philadelphia city, PA. . . . . . . . . | 1,517,550 | 1,526,006 | 8,456 | 0.6 |
| Phoenix city, AZ. . . . . . . . . . . | 1,321,045 | 1,445,632 | 124,587 | 9.4 |
| San Antonio city, TX . . . . . . . . | 1,144,646 | 1,327,407 | 182,761 | 16.0 |
| San Diego city, CA. . . . . . . . . . | 1,223,400 | 1,307,402 | 84,002 | 6.9 |
| Dallas city, TX . . . . . . . . . . . . | 1,188,580 | 1,197,816 | 9,236 | 0.8 |
| San Jose city, CA. . . . . . . . . . | 894,943 | 945,942 | 50,999 | 5.7 |
| | | | | |
| **FASTEST-GROWING**[1] | | | | |
| Lincoln city, CA . . . . . . . . . . . | 11,205 | 42,819 | 31,614 | 282.1 |
| Surprise city, AZ . . . . . . . . . . | 30,848 | 117,517 | 86,669 | 281.0 |
| Frisco city, TX . . . . . . . . . . . . | 33,714 | 116,989 | 83,275 | 247.0 |
| Goodyear city, AZ . . . . . . . . . | 18,911 | 65,275 | 46,364 | 245.2 |
| Beaumont city, CA. . . . . . . . . . | 11,384 | 36,877 | 25,493 | 223.9 |
| Plainfield village, IL . . . . . . . . . | 13,038 | 39,581 | 26,543 | 203.6 |
| Louisville/Jefferson County metro government, KY[2] . . . . . | 256,231 | 741,096 | 484,865 | 189.2 |
| Pflugerville city, TX . . . . . . . . . | 16,335 | 46,936 | 30,601 | 187.3 |
| Indian Trail town, NC . . . . . . . . | 11,905 | 33,518 | 21,613 | 181.5 |
| Wylie city, TX . . . . . . . . . . . . | 15,132 | 41,427 | 26,295 | 173.8 |

[1] Among incorporated places with Census 2000 populations of 10,000 or more.
[2] Louisville city and Jefferson County, Kentucky, formed a consolidated government after Census 2000. The 2000 population for the incorporated place of Louisville city is before consolidation.

Source: U.S. Census Bureau, 2010 Census and Census 2000.

definitions, reports, and maps, go to <www.census.gov /population/www/metroareas /metroarea.html>. For more information on historical census data, go to <www.census.gov/population /www/censusdata/hiscendata .html>.

Information on other population and housing topics is presented in the 2010 Census Briefs series, located on the U.S. Census Bureau's Web site at <www.census.gov /prod/cen2010/>. This series also presents information about race, Hispanic origin, age, sex, household type, housing tenure, and people who reside in group quarters.

If you have questions or need additional information, please call the Customer Services Center at 1-800-923-8282. You can also visit the Census Bureau's Question and Answer Center at <ask.census.gov> to submit your questions online.

APP. 1212