IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, Individually and on behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:12-CV-4782-D |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § | |
| Defendant. | § | |

**Appendix in Support of Plaintiffs' Motion to Exclude Expert Opinions Offered by Designated Experts Joseph C. McAlexander, Abhiram Reddy Yerramaddu, and Jay Amin**

**[PUBLICLY FILED]**

Plaintiffs Shane Galitski, Richard Taliaferro and Brian Newbold serve their Appendix in Support of Plaintiffs' Reply in Further Support of Motion for Class Certification, as follows:

| EX. | DOCUMENT; BATES | APPX. NO. |
|---|---|---|
| A | December 4, 2014 Deposition Transcript of Joseph McAlexander, III, excerpts (FILED UNDER SEAL) | 1 |

Date:  December 22, 2014

Respectfully submitted,

DOYLE LOWTHER LLP

_____/s/ James R. Hail_____
James R. Hail (TX SBN 24002207)
jim@doylelowther.com
William J. Doyle, II (CA SBN 188069)
bill@doylelowther.com
John A. Lowther (CA SBN 207000)

1

john@doylelowther.com

10200 Willow Creek Road, Suite 150
San Diego, CA 92131
858.935.9960 – Telephone
858.939.1939 – Facsimile

STANLEY LAW GROUP
Marc R. Stanley
marcstanley@mac.com
Martin Woodward
mwoodward@stanleylawgroup.com
Scott Kitner
skitner@stanleylawgroup.com
3100 Monticello Avenue, Suite 770
Dallas, TX 75205
214.443.4300 – Telephone
214.443.0358 - Facsimile


GLYNN LAW GROUP
Thomas E. Glynn
tom@glynnwgroup.com
10200 Willow Creek Road, Suite 170
San Diego, CA 92131
858.271.1100 – Telephone
858.876.1530 – Facsimile

THE CONSUMER LAW GROUP
Alan M. Mansfield
alan@clgca.com
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
619.308.5034 – Telephone
888.341-5048 – Facsimile


*Counsel for plaintiffs and proposed class*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on December 22, 2014.

2


3

    */s/ James R. Hail*
James R. Hail (TX SBN 24002207)