IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANE GALITSKI, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:12-CV-4782-D |
| VS. | § | |
| | § | |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER

The court has today filed in this case a sealed memorandum opinion and order that addresses plaintiffs' September 24, 2014 motion for class certification, defendant's November 12, 2014 motion to exclude expert opinions offered by plaintiffs' expert, and plaintiffs' December 22, 2014 motion to exclude opinions offered by designated experts. The court filed the memorandum opinion and order under seal because the parties made various sealed filings related to these motions. It does not appear to the court, however, that the entire memorandum opinion and order should remain sealed.

Accordingly, if a party has grounds to request that a specific part of the memorandum opinion and order remain sealed, the party must file this request within 14 days of today, specifying the part to remain sealed and the grounds that support the request, and stating whether the request is opposed. If both sides agree that a specific part should remain sealed, they should identify the request as agreed, but they must still specify the grounds that support the request.

**SO ORDERED**.

August 28, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE